1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   MAKAH INDIAN TRIBE,

10              Plaintiff,

11         v.

12   EXXON MOBIL CORPORATION,
    EXXONMOBIL OIL CORPORATION, BP
13   P.L.C., BP AMERICA INC., CHEVRON
    CORPORATION, CHEVRON USA, INC.,
14   SHELL PLC, SHELL OIL COMPANY,
    CONOCOPHILLIPS, CONOCOPHILLIPS
15   COMPANY, PHILLIPS 66, and PHILLIPS 66
    COMPANY,

16

17              Defendants.

Case No. Case No. 2:24-cv-00157

NOTICE OF APPEARANCE

18         TO:          Clerk of the Court

19         AND TO:      All parties and their counsel of record

20         PLEASE TAKE NOTICE that Defendant BP America Inc. appears through its undersigned

21   counsel, Vanessa Soriano Power and Rachel H. Cox of Stoel Rives LLP, without waiving defenses

22   including, without limitation, venue, service, jurisdiction, and all other defenses.  BP America Inc.

23   requests that all pleadings or papers, except original process, related to this action in this

24   jurisdiction be served upon the undersigned at the address set forth below.

25

26

NOTICE OF APPEARANCE - 1

1

2
DATED:  February 7, 2024

3
STOEL RIVES LLP

4
s/ Vanessa Soriano Power
Vanessa Soriano Power, WSBA No. 30777
vanessa.power@stoel.com

5

6
s/ Rachel H. Cox
Rachel H. Cox, WSBA No. 45020
rachel.cox@stoel.com

7

8
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900

9
Attorneys for Defendant BP America Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE - 2

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone 206.624.0900

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2024, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of

Electronic Filing ("NEF") to all parties in the case who are registered users of the CM/ECF

system.  The NEF for the foregoing specifically identifies recipients of electronic notice.

s/ *Vanessa Soriano Power*
Vanessa Soriano Power, WSBA #30777
Stoel Rives LLP

*Attorneys for Defendant BP America Inc.*

NOTICE OF APPEARANCE - 3

**STOEL RIVES LLP**
ATTORNEYS
**600 University Street, Suite 3600, Seattle, WA  98101**
*Telephone 206.624.0900*