UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAKAH INDIAN TRIBE,<br><br>    Plaintiff,<br><br> v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON U.S.A. INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, and PHILLIPS 66 COMPANY,<br><br>    Defendants. | Case No. 2:24-cv-00157<br><br>CHEVRON CORPORATION AND CHEVRON U.S.A. INC.'S CORPORATE DISCLOSURE STATEMENT |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Chevron Corporation and Chevron U.S.A. Inc., by and through counsel, hereby state that:

  Chevron Corporation is a publicly traded company. It does not have a parent corporation, and no publicly held company owns more than 10% of its stock.

  Chevron U.S.A. Inc. is an indirect subsidiary of Chevron Corporation. No publicly traded corporation owns 10% or more of Chevron U.S.A. Inc.'s stock.

.

CHEVRON CORPORATE DISCLOSURE STATEMENT

Orrick, Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101-2668
+1 206 839 4300

| | | |
|---|---|---|
| 1 | Dated: February 7, 2024 | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| 2 | | By  *s/ Robert M. McKenna* |

Robert M. McKenna (WSBA 18327)
rmckenna@orrick.com
Mark S. Parris (WSBA 13870)
mparris@orrick.com
Andrew C. Cook (WSBA 34004)
andrew.cook@orrick.com

401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: 206.839.4300
Facsimile: 206.839.4301

GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous, Jr. (*pro hac vice* forthcoming)
tboutrous@gibsondunn.com
William E. Thomson (*pro hac vice* forthcoming)
wthomson@gibsondunn.com
Joshua D. Dick (*pro hac vice* forthcoming)
jdick@gibsondunn.com

333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  213.229.7000
Facsimile: 213.229.7520

Andrea E. Neuman (*pro hac vice* forthcoming)
aneuman@gibsondunn.com

200 Park Avenue
New York, NY 10166
Telephone: 212.351.3883

*Attorneys for Defendants Chevron Corporation and Chevron U.S.A. Inc.*