UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAKAH INDIAN TRIBE,<br><br>                     Plaintiff,<br><br>     v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON USA, INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66 and PHILLIPS 66 COMPANY,<br><br>                     Defendants. | NO. 2:24-cv-00157<br><br>NOTICE OF APPEARANCE |

TO:        Clerk of the Court;

AND TO:    All Parties and Counsel of Record

PLEASE TAKE NOTICE that Bradley S. Keller and Joshua B. Selig of Byrnes Keller Cromwell LLP hereby appear in the above-entitled action for defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation, without waiving any defenses or objections, including personal jurisdiction, insufficient process, and insufficient service of process.  You are hereby directed to serve all future pleadings or papers, except original process, upon said attorneys at their addresses indicated.

NOTICE OF APPEARANCE (No. 2:24-cv-00157) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

DATED this 7th day of February, 2024.

BYRNES KELLER CROMWELL LLP

By /s/ Bradley S. Keller
Bradley S. Keller, WSBA #10665

By /s/ Joshua B. Selig
Joshua B. Selig, WSBA #39628
1000 Second Avenue, 38th Floor
Seattle, Washington  98104
Telephone:  (206) 622-2000
bkeller@byrneskeller.com
jselig@byrneskeller.com

Theodore Wells, Jr.*
Daniel Toal*
Yahonnes Cleary*
Caitlin Grusauskas*
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
twells@paulweiss.com
dtoal@paulweiss.com
ycleary@paulweiss.com
cgrusauskas@paulweiss.com

*Pro hac vice applications forthcoming.

***Attorneys for Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation***

NOTICE OF APPEARANCE (No. 2:24-cv-00157) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 7th day of February, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ Bradley S. Keller
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
bkeller@byrneskeller.com

NOTICE OF APPEARANCE (No. 2:24-cv-00157) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000