**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

February 9, 2024

**MAKAH INDIAN TRIBE V. EXXON MOBIL CORPORATION ET AL**
Case # 2:24–cv–00157–SKV

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

**Attorney Admission**
Counsel Rachel H. Cox is/are not admitted to practice in the US District Court, Western District of Washington. Counsel must submit a Petition for Admission. After you have been admitted to practice before this Court, please promptly file a Notice of Appearance in this case pursuant to LCR 83.2. Questions about this process should be directed to the Attorney Admission Clerk at 206–370–8433 or WAWD_Admissions@wawd.uscourts.gov.

**Notice of Removal – Certificate of Service Not Provided:**
Per Local Civil Rule 101(b)(2), a certificate of service which lists all counsel and pro se parties that have appeared in the state court action, including their full contact information, must be filed contemporaneously with the Notice of Removal. If appropriate, this document should be electronically filed as soon as practicable by going to **Other Documents** and selecting **Certificate of Service**. The document must be related back to the original filing.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file