The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAKAH INDIAN TRIBE,<br><br>                Plaintiff,<br><br>  v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON USA, INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, and PHILLIPS 66 COMPANY,<br><br>                Defendants. | Case No. 2:24-cv-00157 SKV<br><br>CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL TO FEDERAL COURT |

      I hereby certify that I caused a full, true and correct copy of the Notice of Removal to be served on all parties that had appeared in this action by email at addresses below:

    Corrie J. Yackulic
    corrie@cjylaw.com
    Victor M. Sher
    vic@sheredling.com
    Matthew K. Edling
    matt@sheredling.com
    Sher Edling LLP
    100 Montgomery Stre, Suite 1410
    San Francisco, CA 94104
    Tel: 628-231-2500
    Fax: 628-231-2929

---

CERTIFICAT OF SERICE OF NOTICE OF REMOVAL – 2:24-cv-00157 SKV

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300

Kaighn Smith Jr.
ksmith@dwmlaw.com
Drummond Woodsum & MacMahon
84 Marginal Way, Suite 600
Portland, ME 04101
Tel: 207-253-0559

Dated this 9th day of February, 2024 at Seattle, Washington.

                                            *s/Robert M. McKenna*
                                            Robert M. McKenna

CERTIFICATE OF SERVICE OF NOTICE
OF REMOVAL – 2:24-cv-00157 SKV

\- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300