The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MAKAH INDIAN TRIBE,<br><br>   Plaintiff,<br><br>  v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON USA, INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, and PHILLIPS 66 COMPANY,<br><br>   Defendants. | Case No. 2:24-cv-00157 SKV<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**<br><br>Noted for February 9, 2024 |

STIPULATED MOTION AND
[PROPOSED] ORDER RE BRIEFING
SCHEDULE - 2:24-cv-00157 SKV

GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE,
LOS ANGELES, CA 90071-3197
213.229.7000

# RECITALS

Plaintiff, the Makah Indian Tribe ("Plaintiff"), and Defendants BP America Inc., Chevron Corporation, Chevron U.S.A. Inc., Exxon Mobil Corp., ExxonMobil Oil Corporation, Shell Oil Company, ConocoPhillips, ConocoPhillips Company, Phillips 66, and Phillips 66 Company, (collectively, "Defendants") (Plaintiff and Defendants are collectively referred to herein as "the Parties"), hereby stipulate and agree to the following schedule for briefing of Plaintiff's anticipated motion to remand, and Defendants' anticipated motions to dismiss.

**WHEREAS,** on December 20, 2023, Plaintiff filed a complaint against 12 Defendants[1] in the Superior Court of the State of Washington in and for the County of King, No. 23-2-25216-1-SEA;

**WHEREAS,** on February 6, 2024, Defendants Chevron Corporation and Chevron U.S.A. Inc., with the consent of all properly named and served Defendants, timely removed this action from the Superior Court to this Court;

**WHEREAS,** Plaintiff intends to file a Motion to Remand, which Defendants intend to oppose;

**WHEREAS,** Defendants also intend to file threshold motions, including, but not limited to, Motions to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and certain Defendants object to the exercise of personal jurisdiction, and intend to file Motions to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(4), and/or 12(b)(5) (collectively "Motions to Dismiss");

**WHEREAS,** the Parties agree it would be more efficient for the Parties and the Court for Defendants to file Motions to Dismiss or other responses to the Complaint after Plaintiff files a Motion to Remand and the Court enters an Order finally resolving any such motion;

---

[1] In addition to the Defendants signing this stipulation, the complaint also names foreign entities BP p.l.c. and Shell p.l.c., which Plaintiff represents were served with the summons and complaint on February 9, 2024, as defendants. Plaintiff agrees that BP p.l.c.'s and Shell p.l.c.'s deadlines shall be no earlier than the deadlines applicable to Defendants set forth herein.

**WHEREAS,** based on good-faith discussions among the Parties' counsel, informed by their experience in addressing these issues in similar cases in other courts, the Parties respectfully submit that the interests of justice and efficient consideration by this Court can best be achieved by setting a briefing schedule as set forth below;

**WHEREAS,** the Parties have conferred and agree that it would serve the interests of judicial efficiency and save time and resources to continue the Case Management Conference and related deadlines until a time following the Court's decision on Plaintiff's Motion to Remand;

**WHEREAS,** the Parties recognize that the Court may not be able to enter an order reflecting the below stipulated briefing schedule before Defendants' current deadline to respond to the Complaint, and the Parties therefore agree to abide by the terms of this Stipulated Motion irrespective of whether the Court is able to act before that time;

**WHEREAS,** this Stipulated Motion does not operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection, including lack of subject matter jurisdiction, or lack of personal jurisdiction, insufficient process, or insufficient service of process;

## STIPULATED MOTION

**NOW THEREFORE,** the Parties hereby agree and stipulate, and respectfully move the Court to enter an order, as follows:

1. Plaintiff's Motion to Remand shall be filed within 45 days of the filing of this Stipulated Motion. Defendants' opposition shall be filed within 45 days of Plaintiff's Motion. Any Reply shall be filed within 30 days of Defendants' Opposition.

2. No Defendant is required to file an Answer or Motion to Dismiss or otherwise respond to the Complaint before the Court's order on Plaintiff's Motion to Remand.

STIPULATED MOTION AND
[PROPOSED] ORDER RE BRIEFING
SCHEDULE - 2:24-cv-00157 SKV

2

GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE,
LOS ANGELES, CA 90071-3197
213.229.7000

3. If the Court denies Plaintiff's Motion to Remand, the Defendants will file any Motions to Dismiss within 60 days of an Order denying the Motion to Remand. The Parties will also promptly meet and confer regarding an appropriate briefing schedule and plan for Oppositions and Replies and page limits for Motions to Dismiss briefing and will endeavor to jointly submit a proposal to the Court within 10 days of the Court's order denying Plaintiff's Motion to Remand. If the Parties are not able to agree on a proposed briefing schedule, they will submit separate proposals to the Court.

4. In the event the Court denies Defendants' Motions to Dismiss, in whole or in part, Defendants' answers shall be due within 60 days of the Court's denial of the last of the Motions.

5. If the Court grants Plaintiff's Motion to Remand, the Parties agree to abide by the same schedule in state court: Defendants will file any Motions to Dismiss within 60 days of the action being remanded to state court, and the Parties will promptly meet and confer and endeavor to propose a briefing schedule and plan for those motions within 10 days of the remand order taking effect.

6. Defendants reserve the right to seek an extension of time to respond to the Complaint and the Parties reserve the right to request that the Court stay proceedings.

7. The deadline to serve Rule 26(a) Initial Disclosures and the issuance of a Rule 16(b) Scheduling Order shall be stayed until after the Court has ruled on the Motion to Remand.

8. Defendants do not, by agreeing to the procedures herein to have the Court consider and adjudicate the Motion to Remand prior to any further proceedings, waive their objections to personal jurisdiction, insufficient process, or insufficient service of process. Plaintiff agrees that it will not assert in federal or state court that there has been any waiver of personal jurisdiction because of the Parties' agreement to have the Court consider and adjudicate the Motion to Remand prior to the filing of Motions to Dismiss.

9. The deadlines of foreign defendants BP p.l.c. and Shell p.l.c. to file an Answer or Motion to Dismiss or otherwise respond to the Complaint shall be no earlier than the deadlines applicable to Defendants set forth herein.

Counsel certifies that this memorandum contains 978 words, in compliance with the Local Civil Rules.

Dated February 9, 2024.

| SHER EDLING LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|---|---|
| By: */s/ Corrie J. Yackulic* | By: *s/Robert M. McKenna* |
| Corrie J. Yackulic, WSBA No. 16063<br>Victor M. Sher (*pro hac vice forthcoming*)<br>Matthew K. Edling (*pro hac vice forthcoming*)<br>Katie Jones (*pro hac vice forthcoming*)<br>100 Montgomery St., Ste. 1410<br>San Francisco, CA 94104<br>Tel: (628) 231-2500<br>Fax: (628) 231-2929<br>Email: corrie@sheredling.com<br>vic@sheredling.com<br>matt@sheredling.com<br>katie@sheredling.com | Robert M. McKenna (WSBA No. 18327)<br>rmckenna@orrick.com<br>Mark S. Parris (WSBA No. 13870)<br>mparris@orrick.com<br>Andrew Cook (WSBA No. 34004)<br>andrew.cook@orrick.com<br>401 Union Street, Suite 3100<br>Seattle, WA 98101<br>Telephone: 206.839.4300<br>Facsimile: 206.839.4301 |
| DRUMMOND WOODSUM & MACMAHON | GIBSON, DUNN & CRUTCHER LLP |
| Kaighn Smith Jr. (*pro hac vice forthcoming*)<br>84 Marginal Way, Suite 600<br>Portland, ME 04101<br>Tel: (207) 253-0559<br>Email: ksmith@dwmlaw.com | Theodore J. Boutrous, Jr. (*pro hac vice forthcoming*)<br>tboutrous@gibsondunn.com<br>Andrea E. Neuman (*pro hac vice forthcoming*)<br>aneuman@gibsondunn.com<br>William E. Thomson (*pro hac vice forthcoming*)<br>wthomson@gibsondunn.com<br>Joshua D. Dick (*pro hac vice forthcoming*)<br>jdick@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 |
| *Attorneys for Plaintiff Shoalwater Bay Indian Tribe* | *Attorneys for Defendants Chevron Corporation and Chevron U.S.A. Inc.* |

Case 2:24-cv-00157-JNW    Document 20    Filed 02/09/24    Page 6 of 8

| | |
|---|---|
| BYRNES KELLER CROMWELL LLP<br><br>By: *s/ Bradley S. Keller*<br>    Bradley S. Keller, WSBA #10665<br>By: *s/ Joshua B. Selig*<br>    Joshua B. Selig, WSBA #39628<br>    1000 Second Avenue, 38th Floor<br>    Seattle, WA 98104<br>    Tel: (206) 622-2000<br>    Fax: (206) 622-2522<br>    Email: bkeller@byrneskeller.com<br>        jselig@byrneskeller.com<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>    Theodore V. Wells, Jr. (*pro hac vice forthcoming*)<br>    Daniel J. Toal (*pro hac vice forthcoming*)<br>    Yahonnes Cleary (*pro hac vice forthcoming*)<br>    Caitlin E. Grusauskas (*pro hac vice forthcoming*)<br>    1285 Avenue of the Americas<br>    New York, NY 10019-6064<br>    Tel.: (212) 373-3000<br>    Fax: (212) 757-3990<br>    Email: twells@paulweiss.com<br>    Email: dtoal@paulweiss.com<br>    Email: ycleary@paulweiss.com<br>    Email: cgrusauskas@paulweiss.com<br><br>*Attorneys for Defendants EXXON MOBIL CORPORATION and EXXONMOBIL OIL CORPORATION* | STOEL RIVES LLP<br><br>By: s/ Vanessa Soriano Power<br>    Vanessa Soriano Power, WSBA No. 30777<br>    vanessa.power@stoel.com<br>    Rachel H. Cox, WSBA No. 45020<br>    rachel.cox@stoel.com<br>    STOEL RIVES LLP<br>    600 University Street, Suite 3600<br>    Seattle, WA 98101<br>    Telephone: (206) 624-0900<br><br>ARNOLD & PORTER KAYE SCHOLER LLP<br><br>    Nancy G. Milburn (*pro hac vice* forthcoming)<br>    Diana E. Reiter (*pro hac vice* forthcoming)<br>    250 West 55th Street<br>    New York, NY 10019-9710<br>    Tel.: (212) 836-8383<br>    Fax: (212) 715-1399<br>    Email: nancy.milburn@arnoldporter.com<br>    Email: diana.reiter@arnoldporter.com<br><br>    John D. Lombardo (*pro hac vice* forthcoming)<br>    777 South Figueroa Street, 44th Floor<br>    Los Angeles, CA 90017-5844<br>    Tel.: (213) 243-4000<br>    Fax: (213) 243-4199<br>    Email: john.lombardo@arnoldporter.com<br><br>    Jonathan W. Hughes (*pro hac vice* forthcoming)<br>    Three Embarcadero Center, 10th Floor<br>    San Francisco, CA 94111-4024<br>    Tel.: (415) 471-3100<br>    Fax: (415) 471-3400<br>    Email: jonathan.hughes@arnoldporter.com<br><br>*Attorneys for Defendant BP America Inc.* |

STIPULATED MOTION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE - 2:24-cv-00157 SKV

5

GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE,
LOS ANGELES, CA 90071-3197
213.229.7000

| | |
|---|---|
| CORR CRONIN LLP | SUMMIT LAW GROUP, PLLC |
| By: *s/ Timothy A. Bradshaw*<br>   Timothy A. Bradshaw, WSBA No. 17983<br>   Jeff Bone, WSBA No. 43965<br>   Victoria E. Ainsworth, WSBA No. 49677<br>   1015 Second Avenue, Floor 10<br>   Seattle, WA  98104-1001<br>   (206) 625-8600 Phone<br>   (206) 625-0900 Fax<br>   tbradshaw@corrcronin.com<br>   jbone@corrcronin.com<br>   tainsworth@corrcronin.com | By: *s/ Alexander A. Baehr*<br>   Alexander A. Baehr, WSBA No. 25320<br>   alexb@summitlaw.com<br>   *s/ Molly J. Gibbons*<br>   Molly J. Gibbons WSBA #58357<br>   mollyg@summitlaw.com<br><br>LATHAM & WATKINS LLP<br>   Nicole C. Valco (*pro hac vice forthcoming*)<br>   nicole.valco@lw.com<br>   Katherine A. Rouse (*pro hac vice forthcoming*)<br>   kathrine.rouse@lw.com<br>   505 Montgomery St., Suite 2000<br>   San Francisco, CA 94111-6538<br>   Telephone: (415) 391-0600 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | *Attorneys for Defendants Phillips 66 and Phillips 66 Company* |
|    Hallie B. Levin (*pro hac vice* forthcoming)<br>   7 World Trade Center<br>   250 Greenwich Street<br>   New York, NY 10007<br>   Telephone: (212) 295-6710<br>   Facsimile: (212) 230-8888<br>   Email: hallie.levin@wilmerhale.com<br><br>   Matthew T. Martens (*pro hac vice* forthcoming)<br>   2100 Pennsylvania Avenue NW<br>   Washington, DC 20037<br>   Telephone: (202) 663-6921<br>   Facsimile: (202) 663-6363<br>   Email: matthew.martens@wilmerhale.com<br><br>   Robert Kingsley Smith (*pro hac vice* forthcoming)<br>   60 State Street<br>   Boston, MA 02109<br>   Telephone: (617) 526-6759<br>   Facsimile: (617) 526-5000<br>   Email: robert.smith@wilmerhale.com | K&L GATES LLP<br><br>By: *s/ Kari L. Vander Stoep*<br>   Kari L. Vander Stoep, WSBA # 35923<br>   925 Fourth Avenue, Suite 2900<br>   Seattle, Washington  98104-1158<br>   Tel: +1 206 623 7580<br>   Fax: +1 206 623 7022<br>   Email: kari.vanderstoep@klgates.com<br><br>KELLOGG, HANSEN, TODD,<br>   FIGEL & FREDERICK, P.L.L.C.<br><br>   David C. Frederick (*pro hac vice forthcoming*)<br>   James M. Webster, III (*pro hac vice forthcoming*)<br>   Daniel S. Severson (*pro hac vice forthcoming*)<br>   Daren G. Zhang (*pro hac vice forthcoming*)<br>   1615 M Street, N.W., Suite 400<br>   Washington, D.C. 20036<br>   Telephone: (202) 326-7900<br>   Facsimile: (202) 326-7999<br>   Email: dfrederick@kellogghansen.com<br>   Email: jwebster@kellogghansen.com<br>   Email: dseverson@kellogghansen.com<br>   Email: dzhang@kellogghansen.com |
| *Attorneys for Defendants Conocophillips and Conocophillips Company* | *Attorneys for Shell USA, Inc. (f/k/a Shell Oil Company)* |

STIPULATED MOTION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE - 2:24-cv-00157 SKV

6

GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE,
LOS ANGELES, CA 90071-3197
213.229.7000

1
2 **[PROPOSED] ORDER**

3   For the reasons above, and finding good cause, the Court hereby grants the Parties' stipulated

4 motion. It is so ordered.

5
                                        _____
6                                       The Honorable S. Kate Vaughan
                                        United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION AND
[PROPOSED] ORDER RE BRIEFING
SCHEDULE - 2:24-cv-00157 SKV

7

GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE,
LOS ANGELES, CA 90071-3197
213.229.7000