UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAKAH INDIAN TRIBE,

                                    Plaintiff(s),

                    v.

EXXON MOBIL CORPORATION
et al.,

                                    Defendant(s).

CASE NO.
2:24–cv–00157–JNW

MINUTE ORDER REASSIGNING
CASE

This action has been assigned to the Honorable Jamal N Whitehead, United States
District Judge. All future documents filed in this case must bear the cause number
2:24–cv–00157–JNW and bear the Judge's name in the upper right hand
corner of the document.


DATED February 12, 2024

                                    Ravi Subramanian
                                    Clerk of Court

                                    By:  /s/ Stefanie Prather
                                         Deputy Clerk