HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAKAH INDIAN TRIBE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON U.S.A. INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, and PHILLIPS 66 COMPANY,<br><br>　　　　　　　　Defendants. | CASE NO. 2:24-cv-00157-JNW<br><br>NOTICE OF APPEARANCE<br><br>**(Clerk's Action Required)** |

TO:         CLERK OF THE COURT

AND TO:   COUNSEL OF RECORD

　　　　PLEASE TAKE NOTICE that the undersigned hereby appear as attorneys of record for Defendants Phillips 66 and Phillips 66 Company in the above-entitled action, without waiving objections to as to improper service of process, jurisdiction, and venue.  You are hereby requested to serve all further papers and proceedings in said cause, except original process, upon said attorneys at the address below stated.

//

NOTICE OF APPEARANCE - 1
CASE NO. 2:24-cv-00157-JNW

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

DATED this 12th day of February, 2024.

        SUMMIT LAW GROUP, PLLC

By *s/ Alexander A. Baehr*
Alexander A. Baehr, WSBA No. 25320
alexb@summitlaw.com
315 5th Avenue South, Suite 1000
Seattle, WA 98104
(206) 676-7000

*s/ Molly J. Gibbons*
Molly J. Gibbons WSBA #58357
mollyg@summitlaw.com
315 5th Avenue South, Suite 1000
Seattle, WA 98104
(206) 676-7000

Nicole C. Valco (*pro hac vice* forthcoming)
Nicole.valco@lw.com
LATHAM & WATKINS LLP
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

**Attorneys for Phillips 66 and Phillips 66 Company**

NOTICE OF APPEARANCE - 2
CASE NO. 2:24-cv-00157-JNW

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001