THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAKAH INDIAN TRIBE,<br><br>                 Plaintiff,<br><br>   v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON USA, INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, and PHILLIPS 66 COMPANY,<br><br>                 Defendants. | No.  2:24-cv-00157-JNW<br><br>**NOTICE OF RELATED CASES** |

Pursuant to Local Civil Rule 3(g)(3), Plaintiff the Makah Indian Tribe hereby submits this notice of a pending, related case in the United States District Court, Western District of Washington. The related case is *Shoalwater Bay Indian Tribe v. Exxon Mobil Corporation et al.*, 2:24-cv-00158-JCC, assigned to the Honorable John C. Coughenour.

The two cases assert the same claims—public nuisance and failure to warn—against the same Defendants, for similar damages resulting from their years of deceptive conduct. The cases were both filed on December 20, 2023, in King County Superior Court, and the

NOTICE OF RELATED CASES
PAGE - 1

SHER EDLING LLP
100 MONTGOMERY STREET, SUITE 1410
SAN FRANCISCO, CALIFORNIA  94104
TELEPHONE: (628) 231-2500

Chevron Defendants filed identical removal notices on February 6, 2024. Thus, assignment of these cases to a single judge will prevent unduly burdensome duplication of labor and expenses and will save substantial judicial effort.

Plaintiff Shoalwater Bay Indian Tribe in Case No. 2:24-cv-00158-JCC is filing the same Notice of Related Case in that matter.

Respectfully submitted this 15th day of February, 2024.

        Respectfully submitted,

        **SHER EDLING LLP**

        */s/ Katie H. Jones*
        KATIE H. JONES (*pro hac vice*)
        CORRIE J. YACKULIC, WSBA No. 16063
        VICTOR M. SHER (*pro hac vice*)
        MATTHEW K. EDLING (*pro hac vice*)
        Sher Edling LLP
        100 Montgomery St., Ste. 1410
        San Francisco, CA 94104
        Tel:   (628) 231-2500
        Fax:  (628) 231-2929
        Email: katie@sheredling.com
               corrie@cjylaw.com
               vic@sheredling.com
               matt@sheredling.com

        **DRUMMOND WOODSUM & MACMAHON**
        KAIGHN SMITH JR. (*pro hac vice*)
        84 Marginal Way, Suite 600
        Portland, ME. 04101
        Tel:   (207) 253-0559
        Email: ksmith@dwmlaw.com

        *Attorneys for Plaintiff*
        *Makah Indian Tribe*

NOTICE OF RELATED CASES
PAGE - 2

SHER EDLING LLP
100 MONTGOMERY STREET, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (628) 231-2500