1

2

The Honorable Jamal N. Whitehead

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
9                                  AT SEATTLE

10   MAKAH INDIAN TRIBE,

11               Plaintiff,                    Case No. 2:24-cv-00157 JNW

12          v.                                 VERIFICATION RE SUBMISSION OF
                                               PLEADINGS FROM STATE COURT
     EXXON MOBIL CORPORATION,                  ACTION
13   EXXONMOBIL OIL CORPORATION, BP
     P.L.C., BP AMERICA INC., CHEVRON
14   CORPORATION, CHEVRON USA, INC.,
     SHELL PLC, SHELL OIL COMPANY,
15   CONOCOPHILLIPS, CONOCOPHILLIPS
     COMPANY, PHILLIPS 66, and PHILLIPS 66
16   COMPANY,

17               Defendants.

18          Pursuant to Rules 38(b) and 81(c) of the Federal Rules of Civil Procedure, I, Robert M.

19   McKenna, declare under the penalty of perjury that:

20          1.      I am over the age of 18 and competent to testify.

21          2.      I am a Partner at Orrick, Herrington & Sutcliffe LLP and am counsel for

22   Chevron Corporation and Chevron U.S.A. Inc. in the above captioned matter.
23
            3.      Attached to this Verification are true and complete copies of all additional King
24
     County Superior Court records and proceedings that were on file for the underlying case as of
25
     the date of removal and that were not already filed with the Notice of Removal by Defendants
26

27

28
     VERIFICATION OF SUBMISSION OF                        ORRICK, HERRINGTON & SUTCLIFFE LLP
     STATE COURT PLEADINGS                                        401 Union Street, Suite 3300
     2:24-cv-00157 JNW                                          Seattle, Washington 98101-2668
                                                                        +1 206 839 4300

Chevron Corporation and Chevron U.S.A. Inc. or attached to the Declaration of Joshua D. Dick

in Support of the Notice of Removal.

I declare under penalty of perjury under the laws of the United States that the foregoing

is true and correct.

Dated this 15th day of February, 2024 at Seattle, Washington.

*s/Robert M. McKenna*
Robert M. McKenna

VERIFICATION OF SUBMISSION OF
STATE COURT PLEADINGS                - 2 -
2:24-cv-00157 JNW

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98101-2668
+1 206 839 4300

The Honorable Josephine Wiggs, Dept. 17
Hearing Date: January 24, 2024
Without Oral Argument

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| MAKAH INDIAN TRIBE | **CASE NO. 23-2-25216-1 SEA** |
| vs. | **NOTICE OF COURT DATE (Judges)**<br>**(NOTICE FOR HEARING)**<br>**KENT-DESIGNATED CASES ONLY** |
| EXXON MOBIL CORPORATION *et al.* | (Clerk's Action Required) (NTHG) |

**TO:**     **THE CLERK OF THE COURT** and to all other parties per list on Page 2:
     **PLEASE TAKE NOTICE** that an issue of law in this case will be heard on the date below and the Clerk is
     directed to note this issue on the calendar checked below.

**Calendar Date**: _ January 24, 2024 _     **Day of Week**: Wednesday

**Nature of Motion**: Motion for Pro Hac Vice of Kaighn Smith, Jr.

---

**CASES ASSIGNED TO INDIVIDUAL JUDGES** (**KENT-DESIGNATED CASES**)

If oral argument on the motion is allowed (LCR 7(b)(3)), contact staff of assigned judge to schedule date and time
before filing this notice. **Working Papers**: The judge's name, date and time of hearing must be noted in the upper
right corner of the Judge's copy.   **Deliver Judge's copies to Judges' Mailroom at Seattle Courthouse C-203 (for
assigned judges located in Seattle) or MRJC Courthouse 2D (for assigned judges located in Kent)**

[ X ]  Without oral argument (Mon - Fri)                    [ ] With oral argument Hearing

Date/Time: _ January 24, 2024 _

Judge's Name: _ Josephine Wiggs _                                    Trial Date: 12/23/2024 _

Building Location and Courtroom No. of Judicial Officer: _ Maleng Regional Justice Center, Room 3C _____

Virtual Connection Information (if applicable): _____

---

**CHIEF CRIMINAL DEPARTMENT- MRJC (GA)**

[ ] Extraordinary Writs from criminal or infraction matters (Show Cause Hearings) LCR 98.40(d) (**contact MRJC Chief
Department for hearing date**)

[ ] Certificates of Rehabilitation and Restoration of Right to Possess a Firearm (LCR 40(b)(16) (**noted without oral
argument M-F before MRJC Chief or before department of the sentencing judge per local rule**)

Note that **bond forfeiture hearings are heard by the Chief Criminal Judge in Seattle**. See the Seattle Notice of
Court Date form.  For information about noting **pre-trial** criminal motions, see the KCSC Criminal Operations Manual
at https://kingcounty.gov/courts/superior-court/criminal.aspx

---

<div style="border:1px solid;">

**CHIEF CIVIL DEPARTMENT – KENT DESIGNATED CASES (FOR UNASSIGNED CASES ONLY EXCEPT AS NOTED BELOW)**

See signs posted at MRJC for calendar location or call 206-477-2600 during business hours.  **Deliver working copies to Judges' Mailroom, Room 2D at MRJC**.  In upper right corner of papers write "Chief Civil Department" and date of hearing. Only cases where oral argument is permitted will be heard on the Chief Civil Calendar.

[ ] Structured Settlements (LCR 40(b)(14)) Fridays 9:00 a.m.
[ ] Supplemental Proceedings (LCR 69) Fridays 9:15 a.m.
[ ] Extraordinary Writs for Civil Matters (Show Cause Hearing) (LCR 98.40) Fridays 10:00 a.m.
[ ] Dispositive Motions Fridays 10:30 a.m.
Motions without oral argument:
[ ] Non-Dispositive Motions M-F (noted before MRJC Chief without oral argument)
[ ] Motions to Consolidate with multiple judges assigned (LCR 42) M-F (noted before MRJC Chief without oral argument)
[ ] Motions for Revision (LCR 7(b)(8)) (Non-UFC and DVPO cases without children only) **These motions will be reassigned** per LCR 7(b)(8)(B)(ii)

</div>

**You may list an address that is not your residential address where you agree to accept legal documents.**

Sign: _/s/ Corrie J. Yackulic_____   Print/Type Name: _Corrie J. Yackulic_____

WSBA # 16063 (if attorney)        Attorney for: Plaintiff_____

Address: 110 Prefontaine Place S. Ste. 304_____   City, State, Zip Seattle, WA 98104_____

Telephone: 206-787-1915_____   Email Address: corrie@cjylaw.com_____   Date:  January 10, 2024_____

## DO NOT USE THIS FORM FOR FAMILY LAW OR EX PARTE MOTIONS.

<div style="border:1px solid;">

LIST NAMES AND SERVICE ADDRESSES FOR ALL NECESSARY PARTIES REQUIRING NOTICE

</div>

Kaighn Smith Jr., ME Bar No. 3301
84 Marginal Way Ste. 600
Portland, ME 04101-2480
Tel. 207-771-9285
ksmith@dwmlaw.com

## IMPORTANT NOTICE REGARDING CASES

Party requesting hearing must file motion & affidavits separately along with this notice.  List the names, addresses and telephone numbers of all parties requiring notice (including GAL) on this page.  The Party requesting the hearing must serve a copy of this notice, with motion documents, on all parties and file a proof of service outlining all the documents served on the other party or parties.

The original must be filed at the Clerk's Office not less than **nine** court days prior to requested hearing date, except for Summary Judgment Motions and CR 12 Motions to Dismiss (to be filed with Clerk 28 days in advance).

Written responses and replies must be filed and served according to the deadlines in Local Civil Rule 7.  *See,* Civil Rule 59 for response deadlines for Summary Judgment Motions and LCR 12 for Motions to Dismiss.

**THIS IS ONLY A PARTIAL SUMMARY OF THE LOCAL RULES AND ALL PARTIES ARE ADVISED TO CONSULT WITH AN ATTORNEY**.

The SEATTLE COURTHOUSE is in Seattle, Washington at 516 Third Avenue.  The Clerk's Office is on the sixth floor, room E609.  The Judges' Mailroom is Room C-203. The Maleng Regional Justice Center is in Kent, Washington at 401 Fourth Avenue North. The Clerk's Office is on the second floor, room 2C.  The Judges' Mailroom is Room 2D.

The Honorable Josephine Wiggs, Dept. 17
Hearing Date: January 24, 2024
Without Oral Argument

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR THE COUNTY OF KING

MAKAH INDIAN TRIBE

vs.

EXXON MOBIL CORPORATION *et al.*

**CASE NO. 23-2-25216-1 SEA**

**NOTICE OF COURT DATE (Judges)
(NOTICE FOR HEARING)
KENT-DESIGNATED CASES ONLY**
(Clerk's Action Required) (NTHG)

---

**TO:**  **THE CLERK OF THE COURT** and to all other parties per list on Page 2:
**PLEASE TAKE NOTICE** that an issue of law in this case will be heard on the date below and the Clerk is directed to note this issue on the calendar checked below.

**Calendar Date**:  January 24, 2024          **Day of Week**: Wednesday

**Nature of Motion**: Motion for Pro Hac Vice of Matthew K. Edling

---

**CASES ASSIGNED TO INDIVIDUAL JUDGES** (**KENT-DESIGNATED CASES**)

If oral argument on the motion is allowed (LCR 7(b)(3)), contact staff of assigned judge to schedule date and time before filing this notice. **Working Papers**: The judge's name, date and time of hearing must be noted in the upper right corner of the Judge's copy.  **Deliver Judge's copies to Judges' Mailroom at Seattle Courthouse C-203 (for assigned judges located in Seattle) or MRJC Courthouse 2D (for assigned judges located in Kent)**

[ X ]  Without oral argument (Mon - Fri)              [ ]  With oral argument Hearing

Date/Time:  January 24, 2024

Judge's Name:   Josephine Wiggs                              Trial Date: 12/23/2024

Building Location and Courtroom No. of Judicial Officer:   Maleng Regional Justice Center, Room 3C

Virtual Connection Information (if applicable):

---

**CHIEF CRIMINAL DEPARTMENT- MRJC (GA)**

[ ] Extraordinary Writs from criminal or infraction matters (Show Cause Hearings) LCR 98.40(d) (**contact MRJC Chief Department for hearing date**)

[ ] Certificates of Rehabilitation and Restoration of Right to Possess a Firearm (LCR 40(b)(16) (**noted without oral argument M-F before MRJC Chief or before department of the sentencing judge per local rule**)

Note that **bond forfeiture hearings are heard by the Chief Criminal Judge in Seattle**.  See the Seattle Notice of Court Date form.  For information about noting **pre-trial** criminal motions, see the KCSC Criminal Operations Manual at https://kingcounty.gov/courts/superior-court/criminal.aspx

---

---

**CHIEF CIVIL DEPARTMENT – KENT DESIGNATED CASES (FOR UNASSIGNED CASES ONLY EXCEPT AS NOTED BELOW)**

See signs posted at MRJC for calendar location or call 206-477-2600 during business hours.  **Deliver working copies to Judges' Mailroom, Room 2D at MRJC**.  In upper right corner of papers write "Chief Civil Department" and date of hearing. Only cases where oral argument is permitted will be heard on the Chief Civil Calendar.

[ ] Structured Settlements (LCR 40(b)(14)) Fridays 9:00 a.m.
[ ] Supplemental Proceedings (LCR 69) Fridays 9:15 a.m.
[ ] Extraordinary Writs for Civil Matters (Show Cause Hearing) (LCR 98.40) Fridays 10:00 a.m.
[ ] Dispositive Motions Fridays 10:30 a.m.
Motions without oral argument:
[ ] Non-Dispositive Motions M-F (noted before MRJC Chief without oral argument)
[ ] Motions to Consolidate with multiple judges assigned (LCR 42) M-F (noted before MRJC Chief without oral argument)
[ ] Motions for Revision (LCR 7(b)(8)) (Non-UFC and DVPO cases without children only) **These motions will be reassigned** per LCR 7(b)(8)(B)(ii)

---

**You may list an address that is not your residential address where you agree to accept legal documents.**

Sign:_/s/ Corrie J. Yackulic_____   Print/Type Name:  Corrie J. Yackulic_____

WSBA # 16063 (if attorney)_____   Attorney for: Plaintiff_____

Address: 110 Prefontaine Place S. Ste. 304_____City, State, Zip Seattle, WA 98104_____

Telephone: 206-787-1915_____   Email Address: corrie@cjylaw.com_____Date:  January 10, 2024_____

## DO NOT USE THIS FORM FOR FAMILY LAW OR EX PARTE MOTIONS.

---

| LIST NAMES AND SERVICE ADDRESSES FOR ALL NECESSARY PARTIES REQUIRING NOTICE |
| --- |

Matthew K. Edling, CA Bar No. 250940
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
Tel. 628-231-2500
matt@sheredling.com

## IMPORTANT NOTICE REGARDING CASES

Party requesting hearing must file motion & affidavits separately along with this notice.  List the names, addresses and telephone numbers of all parties requiring notice (including GAL) on this page.  The Party requesting the hearing must serve a copy of this notice, with motion documents, on all parties and file a proof of service outlining all the documents served on the other party or parties.

The original must be filed at the Clerk's Office not less than **nine** court days prior to requested hearing date, except for Summary Judgment Motions and CR 12 Motions to Dismiss (to be filed with Clerk 28 days in advance).

Written responses and replies must be filed and served according to the deadlines in Local Civil Rule 7.  *See,* Civil Rule 59 for response deadlines for Summary Judgment Motions and LCR 12 for Motions to Dismiss.

**THIS IS ONLY A PARTIAL SUMMARY OF THE LOCAL RULES AND ALL PARTIES ARE ADVISED TO CONSULT WITH AN ATTORNEY**.

The SEATTLE COURTHOUSE is in Seattle, Washington at 516 Third Avenue.  The Clerk's Office is on the sixth floor, room E609.  The Judges' Mailroom is Room C-203. The Maleng Regional Justice Center is in Kent, Washington at 401 Fourth Avenue North. The Clerk's Office is on the second floor, room 2C.  The Judges' Mailroom is Room 2D.

The Honorable Josephine Wiggs, Dept. 17
Hearing Date: January 24, 2024
Without Oral Argument

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR THE COUNTY OF KING

MAKAH INDIAN TRIBE

vs.

EXXON MOBIL CORPORATION *et al.*

| | |
|---|---|
| | **CASE NO. 23-2-25216-1 SEA** |
| | **NOTICE OF COURT DATE (Judges)**<br>**(NOTICE FOR HEARING)**<br>**KENT-DESIGNATED CASES ONLY**<br>(Clerk's Action Required) (NTHG) |

**TO:**    **THE CLERK OF THE COURT** and to all other parties per list on Page 2:
   **PLEASE TAKE NOTICE** that an issue of law in this case will be heard on the date below and the Clerk is
   directed to note this issue on the calendar checked below.

**Calendar Date**:  January 24, 2024      **Day of Week**: Wednesday

**Nature of Motion**: Motion for Pro Hac Vice of Victor M. Sher

---

**CASES ASSIGNED TO INDIVIDUAL JUDGES** (**KENT-DESIGNATED CASES**)
If oral argument on the motion is allowed (LCR 7(b)(3)), contact staff of assigned judge to schedule date and time
before filing this notice. **Working Papers**: The judge's name, date and time of hearing must be noted in the upper
right corner of the Judge's copy.   **Deliver Judge's copies to Judges' Mailroom at Seattle Courthouse C-203 (for
assigned judges located in Seattle) or MRJC Courthouse 2D (for assigned judges located in Kent)**
[ X ]  Without oral argument (Mon - Fri)                    [ ]  With oral argument Hearing
Date/Time:  January 24, 2024
Judge's Name:  Josephine Wiggs                              Trial Date: 12/23/2024
Building Location and Courtroom No. of Judicial Officer:  Maleng Regional Justice Center, Room 3C
Virtual Connection Information (if applicable):

**CHIEF CRIMINAL DEPARTMENT- MRJC (GA)**
[ ] Extraordinary Writs from criminal or infraction matters (Show Cause Hearings) LCR 98.40(d) (**contact MRJC Chief
Department for hearing date**)
[ ] Certificates of Rehabilitation and Restoration of Right to Possess a Firearm (LCR 40(b)(16) (**noted without oral
argument M-F before MRJC Chief or before department of the sentencing judge per local rule**)
Note that **bond forfeiture hearings are heard by the Chief Criminal Judge in Seattle**. See the Seattle Notice of
Court Date form. For information about noting **pre-trial** criminal motions, see the KCSC Criminal Operations Manual
at https://kingcounty.gov/courts/superior-court/criminal.aspx

---

**CHIEF CIVIL DEPARTMENT – KENT DESIGNATED CASES (FOR UNASSIGNED CASES ONLY EXCEPT AS NOTED BELOW)**

See signs posted at MRJC for calendar location or call 206-477-2600 during business hours. **Deliver working copies to Judges' Mailroom, Room 2D at MRJC**. In upper right corner of papers write "Chief Civil Department" and date of hearing. Only cases where oral argument is permitted will be heard on the Chief Civil Calendar.

[  ] Structured Settlements (LCR 40(b)(14)) Fridays 9:00 a.m.
[  ] Supplemental Proceedings (LCR 69) Fridays 9:15 a.m.
[  ] Extraordinary Writs for Civil Matters (Show Cause Hearing) (LCR 98.40) Fridays 10:00 a.m.
[  ] Dispositive Motions Fridays 10:30 a.m.
Motions without oral argument:
[  ] Non-Dispositive Motions M-F (noted before MRJC Chief without oral argument)
[  ] Motions to Consolidate with multiple judges assigned (LCR 42) M-F (noted before MRJC Chief without oral argument)
[  ] Motions for Revision (LCR 7(b)(8)) (Non-UFC and DVPO cases without children only) **These motions will be reassigned** per LCR 7(b)(8)(B)(ii)

**You may list an address that is not your residential address where you agree to accept legal documents.**

Sign: __/s/ Corrie J. Yackulic_____    Print/Type Name: _Corrie J. Yackulic_____

WSBA # 16063 (if attorney)          Attorney for: Plaintiff_____

Address: 110 Prefontaine Place S. Ste. 304          City, State, Zip Seattle, WA 98104_____

Telephone: 206-787-1915_____    Email Address: corrie@cjylaw.com_____    Date:  January 10, 2024_____

## DO NOT USE THIS FORM FOR FAMILY LAW OR EX PARTE MOTIONS.

| LIST NAMES AND SERVICE ADDRESSES FOR ALL NECESSARY PARTIES REQUIRING NOTICE |
| --- |

Victor M. Sher, CA Bar No. 96197
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
Tel. 628-231-2500
vic@sheredling.com

## IMPORTANT NOTICE REGARDING CASES

Party requesting hearing must file motion & affidavits separately along with this notice.  List the names, addresses and telephone numbers of all parties requiring notice (including GAL) on this page.  The Party requesting the hearing must serve a copy of this notice, with motion documents, on all parties and file a proof of service outlining all the documents served on the other party or parties.

The original must be filed at the Clerk's Office not less than **nine** court days prior to requested hearing date, except for Summary Judgment Motions and CR 12 Motions to Dismiss (to be filed with Clerk 28 days in advance).

Written responses and replies must be filed and served according to the deadlines in Local Civil Rule 7.  *See,* Civil Rule 59 for response deadlines for Summary Judgment Motions and LCR 12 for Motions to Dismiss.

**THIS IS ONLY A PARTIAL SUMMARY OF THE LOCAL RULES AND ALL PARTIES ARE ADVISED TO CONSULT WITH AN ATTORNEY**.

The SEATTLE COURTHOUSE is in Seattle, Washington at 516 Third Avenue.  The Clerk's Office is on the sixth floor, room E609.  The Judges' Mailroom is Room C-203. The Maleng Regional Justice Center is in Kent, Washington at 401 Fourth Avenue North. The Clerk's Office is on the second floor, room 2C.  The Judges' Mailroom is Room 2D.

The Honorable Josephine Wiggs, Dept. 17
Hearing Date: January 24, 2024
Without Oral Argument

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR THE COUNTY OF KING

MAKAH INDIAN TRIBE,

               Plaintiff/Petitioner,

v.

EXXON MOBIL CORPORATION *et al.,*

               Defendant/Respondent.

No. 23-2-25216-1 SEA

MOTION FOR LIMITED ADMISSION
PURSUANT TO APR 8(b)
(PRO HAC VICE)

## I.  RELIEF REQUESTED

The Moving Party named below moves the court for the limited admission of the Applicant for Limited Admission named below for the purpose of appearing as a lawyer in this proceeding.

**Identity of Moving Party** (Washington State Bar Association Member):

Name: CORRIE J. YACKULIC               WSBA No.   16063

Address: 110 PREFONTAINE PLACE S. STE. 304

             SEATTLE, WA 98104

Telephone No. 206-787-1915     Email: corrie@cjylaw.com

**Identity of Applicant for Limited Admission**:

Name: KAIGHN SMITH JR.                                    Bar No. 3301

Jurisdiction of Primary Practice: MAINE

Address: 84 MARGINAL WAY STE 600

      PORTLAND, ME 04101-2480

Telephone No. 207-771-9285          Email: ksmith@dwmlaw.com

Washington Address (if applicable):

Telephone No.                         Email:

## II.  STATEMENT OF THE FACTS

Plaintiffs have retained Applicant to provide legal representation in connection with the above matter. Applicant has been practicing law in the State of Maine since October 1, 1986. Applicant is presently a member in good standing to the bar of the court listed above. Applicant is not subject to any suspension or disbarment proceedings and has not been formally notified of any complaints pending before a disciplinary agency, with no exceptions. Applicant affirms the above statement to be true and correct. Applicant never has had any certificate or privilege to appear and practice before any administrative body suspended or revoked, with no exceptions. Applicant agrees to comply with the applicable statues, laws and rules of the State of Washington and comply with their Rules of Professional Conduct. Applicant respectfully requests to be admitted to practice in the Superior Court of Washington, in the county of King for this case only.

## III.  STATEMENT OF THE ISSUE

The following issue is presented for resolution by the court:

Should the Applicant for Limited Admission named above be granted limited admission to the practice of law pursuant to APR 8(b) for the purpose of appearing as a lawyer in this proceeding?

## IV.  EVIDENCE RELIED UPON

This motion is based on the accompanying certifications of the Moving Party and the Applicant for Limited Admission.

## V.  LEGAL AUTHORITY

This motion is made pursuant to Rule 8(b) of the Admission to Practice Rules (APR).

## VI.  PROPOSED ORDER

A proposed order granting the relief requested accompanies this motion.

RESPECTFULLY SUBMITTED this 10th day of January, 2024.

_____
Corrie J. Yackulic, WSBA No. 16063
Moving Party

## CERTIFICATION OF APPLICANT FOR LIMITED ADMISSION

I hereby certify under penalty of perjury under the laws of the State of Washington that:

1.  I am a member in good standing of the bar of the state or territory of the United States or of the District of Columbia listed above as my jurisdiction of primary practice.

2.  I have read the Rules of Professional Conduct adopted by the Supreme Court of the State of Washington and agree to abide by them.

3.  I have complied with all of the requirements of APR 8(b).

4.  I have read the foregoing motion and certification and the statements contained in it are full, true and correct.

Signed on January 10, 2024 at Portland, Maine.

Kaighn Smith, Jr.

### **CERTIFICATION OF MOVING PARTY/WSBA MEMBER**

I hereby certify under penalty of perjury under the laws of the State of Washington that:

1.  I am an active member in good standing of the Washington State Bar Association.

2.  I will be the lawyer of record in this proceeding, responsible for the conduct of the applicant, and present at proceedings in this matter unless excused by the court.

3.  I have submitted a copy of this motion together with the required fee of $478 to the Washington State Bar Association, 1325 4th Ave., Ste. 600, Seattle, WA 98101-2539.

4.  I have complied with all of the requirements of APR 8(b).

5.  I have read the foregoing motion and certification and the statements contained in it are full, true and correct.

Signed on January 10, 2024 at Seattle, Washington.

Corrie J. Yackulic, WSBA No. 16063

SUPERIOR COURT
APR 8(b) MOTION
Page 4 of 4

ØŠÒÖ
ŒŒÍ ÁŘŒÞ ÁÆ€ÁÆ€ÁÆ€ÁÁŒ
SŒ Õ/ÁÖUWﬂ·VÝ
ÙWÚÖÜŒÙ/ÁÖUWﬂÜÑŒŠÒÙS
ÒÈZŒŠÒÖ
ÔŒŒÜÒÁ÷ÁÖÁÆ€ÁÆ€ÁÁŒÎ·ÏÎ·ÁÁÒŒ

The Honorable Josephine Wiggs, Dept. 17
Hearing Date: January 24, 2024
Without Oral Argument

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR THE COUNTY OF KING COUNTY

MAKAH INDIAN TRIBE,

                      Plaintiff/Petitioner,

       v.

EXXONMOBIL CORPORATION,
EXXONMOBIL OIL CORPORATION, BP
P.L.C., BP AMERICA INC., CHEVRON
CORPORATION, CHEVRON USA INC.,
SHELL PLC, SHELL OIL COMPANY,
CONOCOPHILLIPS, CONOCOPHILLIPS
COMPANY, PHILLIPS 66, AND PHILLIPS
66 COMPANY,

                      Defendant/Respondent.

No. 23-2-25216-1 SEA

MOTION FOR LIMITED ADMISSION
PURSUANT TO APR 8(b)
(PRO HAC VICE)

## I.  RELIEF REQUESTED

The Moving Party named below moves the court for the limited admission of the

Applicant for Limited Admission named below for the purpose of appearing as a lawyer in this

proceeding.

**Identity of Moving Party** (Washington State Bar Association Member):

Name: Corrie J. Yackulic_____     WSBA No. __16063__

Address: _____110 PREFONTAINE PLACE S. STE. 304_____

1     SEATTLE, WA 98104

2  Telephone No. 206-787-1915   Email: corrie@cjylaw.com

3  **Identity of Applicant for Limited Admission**:

4  Name: Matthew K. Edling      Bar No. 250940

5  Jurisdiction of Primary Practice:   State of California

6  Address:   100 Montgomery Street, Suite 1410

7     San Francisco, CA 94104

8  Telephone No.   628-231-2500  Email: matt@sheredling.com

9  Washington Address (if applicable): _____

10

11  Telephone No. _____ Email: _____

12     **II.  STATEMENT OF THE FACTS**

13    Plaintiff has retained Applicant to provide legal representation in connection with the

14  above matter. Applicant has been practicing law in the State of California since November 20,

15  2007. Applicant is presently a member in good standing to the bar of the court listed above.

16  Applicant is not subject to any suspension or disbarment proceedings and has not been formally

17  notified of any complaints pending before a disciplinary agency, with no exceptions. Applicant

18  affirms the above statement to be true and correct. Applicant never has had any certificate or

19  privilege to appear and practice before any administrative body suspended or revoked, with no

20  exceptions. Applicant agrees to comply with the applicable statues, laws and rules of the State

21  of Washington and comply with their Rules of Professional Conduct. Applicant respectfully

22  requests to be admitted to practice in the Superior Court of Washington, in the county of King

23  for this case only.

24

SUPERIOR COURT
APR 8(b) MOTION
Page 2 of 4

### III.  STATEMENT OF THE ISSUE

The following issue is presented for resolution by the court:

Should the Applicant for Limited Admission named above be granted limited admission to the practice of law pursuant to APR 8(b) for the purpose of appearing as a lawyer in this proceeding?

### IV.  EVIDENCE RELIED UPON

This motion is based on the accompanying certifications of the Moving Party and the Applicant for Limited Admission.

### V.  LEGAL AUTHORITY

This motion is made pursuant to Rule 8(b) of the Admission to Practice Rules (APR).

### VI.  PROPOSED ORDER

A proposed order granting the relief requested accompanies this motion.

RESPECTFULLY SUBMITTED this 10th day of January, 2024.

_____
Corrie J. Yackulic, WSBA No. 16063
Moving Party

### CERTIFICATION OF APPLICANT FOR LIMITED ADMISSION

I hereby certify under penalty of perjury under the laws of the State of Washington that:

1.  I am a member in good standing of the bar of the state or territory of the United States or of the District of Columbia listed above as my jurisdiction of primary practice.

2.  I have read the Rules of Professional Conduct adopted by the Supreme Court of the State of Washington and agree to abide by them.

3.  I have complied with all of the requirements of APR 8(b).

4.  I have read the foregoing motion and certification and the statements contained in it are full, true and correct.

Signed on _____January 10, 2024_____ at _____Burlingame, CA_____.

_____
Applicant for Limited Admission

## CERTIFICATION OF MOVING PARTY/WSBA MEMBER

I hereby certify under penalty of perjury under the laws of the State of Washington that:

1.  I am an active member in good standing of the Washington State Bar Association.

2.  I will be the lawyer of record in this proceeding, responsible for the conduct of the applicant, and present at proceedings in this matter unless excused by the court.

3.  I have submitted a copy of this motion together with the required fee of $478 to the Washington State Bar Association, 1325 4th Ave., Ste. 600, Seattle, WA 98101-2539.

4.  I have complied with all of the requirements of APR 8(b).

5.  I have read the foregoing motion and certification and the statements contained in it are full, true and correct.

Signed on _____January 10, 2024_____ at _____Seattle, Washington_____.

_____
Corrie J. Yackulic, WSBA No. 16063
Moving Party

The Honorable Josephine Wiggs, Dept. 17
Hearing Date: January 24, 2024
Without Oral Argument

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR THE COUNTY OF KING COUNTY

MAKAH INDIAN TRIBE,

                Plaintiff/Petitioner,

v.

EXXONMOBIL CORPORATION,
EXXONMOBIL OIL CORPORATION, BP
P.L.C., BP AMERICA INC., CHEVRON
CORPORATION, CHEVRON USA INC.,
SHELL PLC, SHELL OIL COMPANY,
CONOCOPHILLIPS, CONOCOPHILLIPS
COMPANY, PHILLIPS 66, AND PHILLIPS
66 COMPANY,

                Defendant/Respondent.

No. 23-2-25216-1 SEA

MOTION FOR LIMITED ADMISSION
PURSUANT TO APR 8(b)
(PRO HAC VICE)

## I.  RELIEF REQUESTED

The Moving Party named below moves the court for the limited admission of the

Applicant for Limited Admission named below for the purpose of appearing as a lawyer in this

proceeding.

**Identity of Moving Party** (Washington State Bar Association Member):

Name: Corrie J. Yackulic                                    WSBA No.    16063

1  Address: ____110 PREFONTAINE PLACE S. STE. 304____

2  _____SEATTLE, WA 98104____

3  Telephone No. 206-787-1915____  Email: corrie@cjylaw.com____

4  **Identity of Applicant for Limited Admission**:

5  Name: Victor M. Sher_____  Bar No. 96197____

6  Jurisdiction of Primary Practice: ____State of California____

7  Address: ____100 Montgomery Street, Suite 1410____

8  _____San Francisco, CA 94104____

9  Telephone No. ____628-231-2500____  Email: vic@sheredling.com

10  Washington Address (if applicable): _____

11  _____

12  Telephone No. _____  Email: _____

13  ## II.  STATEMENT OF THE FACTS

14  Plaintiff has retained Applicant to provide legal representation in connection with the

15  above matter. Applicant has been practicing law in the State of California since December 16,

16  1980. Applicant is presently a member in good standing to the bar of the court listed above.

17  Applicant is not subject to any suspension or disbarment proceedings and has not been formally

18  notified of any complaints pending before a disciplinary agency, with no exceptions. Applicant

19  affirms the above statement to be true and correct. Applicant never has had any certificate or

20  privilege to appear and practice before any administrative body suspended or revoked, with no

21  exceptions. Applicant agrees to comply with the applicable statues, laws and rules of the State

22  of Washington and comply with their Rules of Professional Conduct. Applicant respectfully

23  requests to be admitted to practice in the Superior Court of Washington, in the county of King

24

SUPERIOR COURT
APR 8(b) MOTION
Page 2 of 4

1  for this case only.

2  ### III.  STATEMENT OF THE ISSUE

3  The following issue is presented for resolution by the court:

4  Should the Applicant for Limited Admission named above be granted limited admission

5  to the practice of law pursuant to APR 8(b) for the purpose of appearing as a lawyer in this

6  proceeding?

7  ### IV.  EVIDENCE RELIED UPON

8  This motion is based on the accompanying certifications of the Moving Party and the

9  Applicant for Limited Admission.

10  ### V.  LEGAL AUTHORITY

11  This motion is made pursuant to Rule 8(b) of the Admission to Practice Rules (APR).

12  ### VI.  PROPOSED ORDER

13  A proposed order granting the relief requested accompanies this motion.

14  RESPECTFULLY SUBMITTED this 10<u>th</u> day of January, 2024.

15

16  _____
    Corrie J. Yackulic, WSBA No. 16063

17  Moving Party

18  **CERTIFICATION OF APPLICANT FOR LIMITED ADMISSION**

19  I hereby certify under penalty of perjury under the laws of the State of Washington that:

20  1.  I am a member in good standing of the bar of the state or territory of the United

21  States or of the District of Columbia listed above as my jurisdiction of primary practice.

22  2.  I have read the Rules of Professional Conduct adopted by the Supreme Court of the

23  State of Washington and agree to abide by them.

24  3.  I have complied with all of the requirements of APR 8(b).

4.  I have read the foregoing motion and certification and the statements contained in it are full, true and correct.

Signed on _____January 10, 2024_____ at _____San Francisco, CA_____.

_____
Applicant for Limited Admission

### **CERTIFICATION OF MOVING PARTY/WSBA MEMBER**

I hereby certify under penalty of perjury under the laws of the State of Washington that:

1.  I am an active member in good standing of the Washington State Bar Association.

2.  I will be the lawyer of record in this proceeding, responsible for the conduct of the applicant, and present at proceedings in this matter unless excused by the court.

3.  I have submitted a copy of this motion together with the required fee of $478 to the Washington State Bar Association, 1325 4th Ave., Ste. 600, Seattle, WA 98101-2539.

4.  I have complied with all of the requirements of APR 8(b).

5.  I have read the foregoing motion and certification and the statements contained in it are full, true and correct.

Signed on _____January 10, 2024_____ at _____Seattle, Washington_____.

_____
Corrie J. Yackulic, WSBA No. 16063
Moving Party

ⱭⱭ$ỌȌ
GⱰGỈ ⱭRŒⱠ ⱭGG
SⱮⱯ Ỏ ⱭỎUWⱠⱯVŸ
ỦWỦỎỦ ỌỦ ỦⱭỎUWỦVⱭȌSỎỦS

ỎŒŪỎⱭ ⱮⱯGⱧ ЀGŒGⱧ GₓỈ ЀⱠⱭỦỌŒ

SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF KING

| | |
|---|---|
| MAKAH INDIAN TRIBE, | NO.  23-2-25216-1 SEA |
| Plaintiff(s), | DECLARATION OF SERVICE OF: SUMMONS; |
| Vs. | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE INFORMATION COVER SHEET AND |
| EXXON MOBIL CORPORATION; et al., | AREA DESIGNATION; ORDER SETTING CIVIL CASE SCHEDULE. |
| Defendant(s). | |

STATE OF WASHINGTON
COUNTY OF KING

    That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

    That at 12:21 P.M. on January 17th, 2024, at 711 Capitol Way South, Suite 204, Olympia, Washington, I duly served the above-described documents in the above-described matter upon BP America, Inc., by then and there personally delivering a true and correct copy thereof by leaving the same with Jeff Miner, Representative for CT Corporation System, its Registered Agent.

    I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Process Fee:
Prep:
Travel:
Bad Address:
SSA:
Wait:
Special Fee:
Declaration Fee:

Signed at Seattle, Washington, on  1/18/24

    TOTAL   $

RICHARD KOHNENBERGER   KING CO. # 0203336

1

2

3

4

5

6

7

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

8    MAKAH INDIAN TRIBE,

9                              Plaintiff,

10        v.

11    EXXON MOBIL CORPORATION,
      EXXONMOBIL OIL CORPORATION, BP

12    P.L.C., BP AMERICA INC., CHEVRON
      CORPORATION, CHEVRON USA, INC.,

13    SHELL PLC, SHELL OIL COMPANY,
      CONOCOPHILLIPS, CONOCOPHILLIPS

14    COMPANY, PHILLIPS 66, and PHILLIPS 66
      COMPANY,

15

16                             Defendants.

No.  23-2-25216-1 SEA

**SUMMONS**

17        **TO**:        EXXON MOBIL CORPORATION;
          **AND TO**:    EXXONMOBIL OIL CORPORATION,;
18        **AND TO**:    BP P.L.C.;
          **AND TO**:    BP AMERICA INC.;
19        **AND TO**:    CHEVRON CORPORATION;
          **AND TO**:    CHEVRON USA, INC.;
20        **AND TO**:    SHELL PLC;
          **AND TO**:    SHELL OIL COMPANY;
21        **AND TO**:    CONOCOPHILLIPS;
          **AND TO**:    CONOCOPHILLIPS COMPANY;
22        **AND TO**:    PHILLIPS 66;
          **AND TO**:    PHILLIPS 66 COMPANY.
23

24

25

26

SUMMONS
PAGE - 1

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

ᛒᛊᛟᛟ
ᚷᚷᛁ ᚨᚱᛟᛒ ᚨᚷᚷ
ᛊᛒ ᛟᚨᛟᚢᚹᛈ ᚡᚤ
ᚢᚹᚢᛟᚢᛟᚢᚨᛟᚢᚹᚢᚡᚨᛟᛟᚢᛊ

ᛟᛟᛉᚢᛟᚨᚹᚷᚻᛖᚷᚷᛁ ᚷᚠᛁ ᛖᚡᚢᛟᛟ

## SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF KING

| MAKAH INDIAN TRIBE, | NO.  23-2-25216-1 SEA |
|---|---|
| Plaintiff(s), | DECLARATION OF SERVICE OF: SUMMONS; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE INFORMATION COVER SHEET AND AREA DESIGNATION; ORDER SETTING CIVIL CASE SCHEDULE. |
| Vs. | |
| EXXON MOBIL CORPORATION; et al., | |
| Defendant(s). | |

STATE OF WASHINGTON
COUNTY OF KING

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 1:05 P.M. on January 17th, 2024, at 300 Deschutes Way Southwest, Suite 208, Tumwater, Washington, I duly served the above-described documents in the above-described matter upon Chevron U.S.A., Inc., by then and there personally delivering a true and correct copy thereof by leaving the same with Cynthia Jones, Customer Service Associate for The Prentice-Hall Corporation System, Inc., its Registered Agent.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Process Fee:
Prep:
Travel:
Bad Address:
SSA:
Wait:
Special Fee:
Declaration Fee:

Signed at Seattle, Washington, on   1/18/24

_____
TOTAL   $

RICHARD KOHNENBERGER   KING CO. # 0203336

1

2

3

4

5

6

7

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

8     MAKAH INDIAN TRIBE,

No.  23-2-25216-1 SEA

9                                       Plaintiff,

**SUMMONS**

                    v.

10

11    EXXON MOBIL CORPORATION,
      EXXONMOBIL OIL CORPORATION, BP

12    P.L.C., BP AMERICA INC., CHEVRON
      CORPORATION, CHEVRON USA, INC.,

13    SHELL PLC, SHELL OIL COMPANY,
      CONOCOPHILLIPS, CONOCOPHILLIPS

14    COMPANY, PHILLIPS 66, and PHILLIPS 66
      COMPANY,

15

16                                      Defendants.

17         **TO**:        EXXON MOBIL CORPORATION;
           **AND TO**:    EXXONMOBIL OIL CORPORATION,;
18         **AND TO**:    BP P.L.C.;
           **AND TO**:    BP AMERICA INC.;
19         **AND TO**:    CHEVRON CORPORATION;
           **AND TO**:    CHEVRON USA, INC.;
20         **AND TO**:    SHELL PLC;
           **AND TO**:    SHELL OIL COMPANY;
21         **AND TO**:    CONOCOPHILLIPS;
           **AND TO**:    CONOCOPHILLIPS COMPANY;
22         **AND TO**:    PHILLIPS 66;
           **AND TO**:    PHILLIPS 66 COMPANY.
23

24

25

26

SUMMONS
PAGE - 1

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

ØŠÒÖ
ŒŒĠĂŒŒĂĠĠ
SŒÔÁÒŪWÞVŸ
ŪWÚÒŪÓJÚÁŌŪWÚVÁÒŠÒŪS

ÔŒÙÒÁ̇ÁĶĠŒĠŒĠŒÎ̇ÊÂÙÒŒ

SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF KING

| MAKAH INDIAN TRIBE, | NO.  23-2-25216-1 SEA |
|---|---|
| Plaintiff(s), | DECLARATION OF SERVICE OF: SUMMONS; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE INFORMATION COVER SHEET AND AREA DESIGNATION; ORDER SETTING CIVIL CASE SCHEDULE. |
| Vs. | |
| EXXON MOBIL CORPORATION; et al., | |
| Defendant(s). | |

STATE OF WASHINGTON
COUNTY OF KING

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 1:05 P.M. on January 17th, 2024, at 300 Deschutes Way Southwest, Suite 208, Tumwater, Washington, I duly served the above-described documents in the above-described matter upon ConocoPhillips Company, by then and there personally delivering a true and correct copy thereof by leaving the same with Cynthia Jones, Customer Service Associate for United States Corporation Company, its Registered Agent.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Process Fee:
Prep:
Travel:
Bad Address:
SSA:
Wait:
Special Fee:
Declaration Fee:

Signed at Seattle, Washington, on ___1/18/24___

_____
TOTAL   $

RICHARD KOHNENBERGER      KING CO. # 0203336

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

MAKAH INDIAN TRIBE,

                    Plaintiff,

     v.

EXXON MOBIL CORPORATION,
EXXONMOBIL OIL CORPORATION, BP
P.L.C., BP AMERICA INC., CHEVRON
CORPORATION, CHEVRON USA, INC.,
SHELL PLC, SHELL OIL COMPANY,
CONOCOPHILLIPS, CONOCOPHILLIPS
COMPANY, PHILLIPS 66, and PHILLIPS 66
COMPANY,

                    Defendants.

No.  23-2-25216-1 SEA

**SUMMONS**

| | |
|---|---|
| **TO**: | EXXON MOBIL CORPORATION; |
| **AND TO**: | EXXONMOBIL OIL CORPORATION.; |
| **AND TO**: | BP P.L.C.; |
| **AND TO**: | BP AMERICA INC.; |
| **AND TO**: | CHEVRON CORPORATION; |
| **AND TO**: | CHEVRON USA, INC.; |
| **AND TO**: | SHELL PLC; |
| **AND TO**: | SHELL OIL COMPANY; |
| **AND TO**: | CONOCOPHILLIPS; |
| **AND TO**: | CONOCOPHILLIPS COMPANY; |
| **AND TO**: | PHILLIPS 66; |
| **AND TO**: | PHILLIPS 66 COMPANY. |

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

ⱭʼƧⱭⱭ
ⱭⱭ GⱭⱭ ʼⱭⱭⱭ ʼⱭⱭG
SⱭⱭ ⱭⱭUWⱭⱭVY
ⱭWⱭⱭUⱭⱭUWⱭVⱭⱭⱭUS

ⱭⱭⱭⱭⱭⱭⱭGⱭGⱭ GⱭⱭ ⱭⱭUⱭ

## SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF KING

| | |
|---|---|
| MAKAH INDIAN TRIBE, | NO.  23-2-25216-1 SEA |
| Plaintiff(s), | DECLARATION OF SERVICE OF: SUMMONS; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE INFORMATION COVER SHEET AND AREA DESIGNATION; ORDER SETTING CIVIL CASE SCHEDULE. |
| Vs. | |
| EXXON MOBIL CORPORATION; et al., | |
| Defendant(s). | |

STATE OF WASHINGTON
COUNTY OF KING

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 1:05 P.M. on January 17th, 2024, at 300 Deschutes Way Southwest, Suite 208, Tumwater, Washington, I duly served the above-described documents in the above-described matter upon Exxon Mobil Corporation, by then and there personally delivering a true and correct copy thereof by leaving the same with Cynthia Jones, Customer Service Associate for Corporation Service Company, its Registered Agent.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Process Fee:
Prep:
Travel:
Bad Address:
SSA:
Wait:
Special Fee:
Declaration Fee:

Signed at Seattle, Washington, on  1/18/24

TOTAL   $

RICHARD KOHNENBERGER    KING CO. # 0203336

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

MAKAH INDIAN TRIBE,

                                Plaintiff,

        v.

EXXON MOBIL CORPORATION,
EXXONMOBIL OIL CORPORATION, BP
P.L.C., BP AMERICA INC., CHEVRON
CORPORATION, CHEVRON USA, INC.,
SHELL PLC, SHELL OIL COMPANY,
CONOCOPHILLIPS, CONOCOPHILLIPS
COMPANY, PHILLIPS 66, and PHILLIPS 66
COMPANY,

                                Defendants.

No.  23-2-25216-1 SEA

**SUMMONS**

| | |
|---|---|
| **TO**: | EXXON MOBIL CORPORATION; |
| **AND TO**: | EXXONMOBIL OIL CORPORATION.; |
| **AND TO**: | BP P.L.C.; |
| **AND TO**: | BP AMERICA INC.; |
| **AND TO**: | CHEVRON CORPORATION; |
| **AND TO**: | CHEVRON USA, INC.; |
| **AND TO**: | SHELL PLC; |
| **AND TO**: | SHELL OIL COMPANY; |
| **AND TO**: | CONOCOPHILLIPS; |
| **AND TO**: | CONOCOPHILLIPS COMPANY; |
| **AND TO**: | PHILLIPS 66; |
| **AND TO**: | PHILLIPS 66 COMPANY. |

SUMMONS
PAGE - 1

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

ØŠÒÖ

ŒŒŒ ÁŒ Œ ÁŒŒ
SŒŒ Õ ÁÒ U W VÝ
Ù U Ò U Œ Ù Á U W Ù ÁÒ ÒÜS

Ô ŒÙ Ò Á Œ Œ Œ Œ Œ Œ Î Œ Á Ò Œ

SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF KING

| | |
|---|---|
| MAKAH INDIAN TRIBE, | NO. 23-2-25216-1 SEA |
| Plaintiff(s), | DECLARATION OF SERVICE OF: SUMMONS; |
| Vs. | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CASE INFORMATION COVER SHEET AND |
| EXXON MOBIL CORPORATION; et al., | AREA DESIGNATION; ORDER SETTING CIVIL |
| Defendant(s). | CASE SCHEDULE. |

STATE OF WASHINGTON
COUNTY OF KING

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 1:05 P.M. on January 17th, 2024, at 300 Deschutes Way Southwest, Suite 208, Tumwater, Washington, I duly served the above-described documents in the above-described matter upon ExxonMobil Oil Corporation, by then and there personally delivering a true and correct copy thereof by leaving the same with Cynthia Jones, Customer Service Associate for The Prentice-Hall Corporation System, its Registered Agent.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Process Fee:                    Signed at Seattle, Washington, on   1/18/24
Prep:
Travel:
Bad Address:
SSA:
Wait:
Special Fee:
Declaration Fee:

TOTAL   $                        RICHARD KOHNENBERGER   KING CO. # 0203336

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

MAKAH INDIAN TRIBE,

                      Plaintiff,

    v.

EXXON MOBIL CORPORATION,
EXXONMOBIL OIL CORPORATION, BP
P.L.C., BP AMERICA INC., CHEVRON
CORPORATION, CHEVRON USA, INC.,
SHELL PLC, SHELL OIL COMPANY,
CONOCOPHILLIPS, CONOCOPHILLIPS
COMPANY, PHILLIPS 66, and PHILLIPS 66
COMPANY,

                      Defendants.

No.  23-2-25216-1 SEA

**SUMMONS**

| TO: | EXXON MOBIL CORPORATION; |
|---|---|
| **AND TO**: | EXXONMOBIL OIL CORPORATION,; |
| **AND TO**: | BP P.L.C.; |
| **AND TO**: | BP AMERICA INC.; |
| **AND TO**: | CHEVRON CORPORATION; |
| **AND TO**: | CHEVRON USA, INC.; |
| **AND TO**: | SHELL PLC; |
| **AND TO**: | SHELL OIL COMPANY; |
| **AND TO**: | CONOCOPHILLIPS; |
| **AND TO**: | CONOCOPHILLIPS COMPANY; |
| **AND TO**: | PHILLIPS 66; |
| **AND TO**: | PHILLIPS 66 COMPANY. |

SUMMONS
PAGE - 1

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

ØŠÒÒ
ŒŒŠĄ‹ŘŒŒ
SŒÒ‹ÔUŴ‹VŸ
ÙŴÚÒÜŒjÜÁÔUWÜVÁŠÒÛS

ÔŒÜÒÁŴŒ‹ŒŒÌ‹ŒŒŒÁÙÒŒŒ

SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF KING

| | |
|---|---|
| MAKAH INDIAN TRIBE, | NO.  23-2-25216-1 SEA |
| Plaintiff(s), | DECLARATION OF SERVICE OF: SUMMONS; COMPLAINT FOR DAMAGES AND INJUNCTIVE |
| Vs. | RELIEF; CASE INFORMATION COVER SHEET AND |
| EXXON MOBIL CORPORATION; et al., | AREA DESIGNATION; ORDER SETTING CIVIL CASE SCHEDULE. |
| Defendant(s). | |

STATE OF WASHINGTON
COUNTY OF KING

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 1:05 P.M. on January 17th, 2024, at 300 Deschutes Way Southwest, Suite 208, Tumwater, Washington, I duly served the above-described documents in the above-described matter upon Phillips 66 Company, by then and there personally delivering a true and correct copy thereof by leaving the same with Cynthia Jones, Customer Service Associate for Corporation Service Company, its Registered Agent.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Process Fee:
Prep:
Travel:
Bad Address:
SSA:
Wait:
Special Fee:
Declaration Fee:

Signed at Seattle, Washington, on  1/18/24

TOTAL  $

RICHARD KOHNENBERGER   KING CO. # 0203336

1

2

3

4

5

6

7

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

8

MAKAH INDIAN TRIBE,

9

                        Plaintiff,

    v.

10

No.  23-2-25216-1 SEA

**SUMMONS**

11

EXXON MOBIL CORPORATION,
EXXONMOBIL OIL CORPORATION, BP

12

P.L.C., BP AMERICA INC., CHEVRON
CORPORATION, CHEVRON USA, INC.,

13

SHELL PLC, SHELL OIL COMPANY,
CONOCOPHILLIPS, CONOCOPHILLIPS

14

COMPANY, PHILLIPS 66, and PHILLIPS 66
COMPANY,

15

16

                    Defendants.

17

    **TO**:        EXXON MOBIL CORPORATION;

18

    **AND TO**:  EXXONMOBIL OIL CORPORATION,;
    **AND TO**:  BP P.L.C.;

19

    **AND TO**:  BP AMERICA INC.;
    **AND TO**:  CHEVRON CORPORATION;

20

    **AND TO**:  CHEVRON USA, INC.;
    **AND TO**:  SHELL PLC;

21

    **AND TO**:  SHELL OIL COMPANY;
    **AND TO**:  CONOCOPHILLIPS;

22

    **AND TO**:  CONOCOPHILLIPS COMPANY;
    **AND TO**:  PHILLIPS 66;

23

    **AND TO**:  PHILLIPS 66 COMPANY.

24

25

26

SUMMONS
PAGE - 1

ØŠÒÖ
GEGI ÁROÐ ÁGG
SŒÕ ÁÔUWÞVŸ
ÙWÚ ÒÜ QÜ ÁÔUWÜ VÁ ŠÒ ÜS

ÔŒÜ ÒÁÄKÁÇHÈGÈGI GŒÎ ÉFÁÜ ŒŒ

SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF KING

| | |
|---|---|
| MAKAH INDIAN TRIBE, | NO.  23-2-25216-1 SEA |
| Plaintiff(s), | DECLARATION OF SERVICE OF: SUMMONS; COMPLAINT FOR DAMAGES AND INJUNCTIVE |
| Vs. | RELIEF; CASE INFORMATION COVER SHEET AND AREA DESIGNATION; ORDER SETTING CIVIL |
| EXXON MOBIL CORPORATION; et al., | CASE SCHEDULE. |
| Defendant(s). | |

STATE OF WASHINGTON
COUNTY OF KING

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 12:21 P.M. on January 17th, 2024, at 711 Capitol Way South, Suite 204, Olympia, Washington, I duly served the above-described documents in the above-described matter upon Shell USA, Inc., by then and there personally delivering a true and correct copy thereof by leaving the same with Jeff Miner, Representative for CT Corporation System, its Registered Agent.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Process Fee:                  Signed at Seattle, Washington, on  1/18/24
Prep:
Travel:
Bad Address:
SSA:
Wait:
Special Fee:
Declaration Fee:

_____
    TOTAL   $                      RICHARD KOHNENBERGER   KING CO. # 0203336

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

MAKAH INDIAN TRIBE,

                      Plaintiff,

    v.

EXXON MOBIL CORPORATION,
EXXONMOBIL OIL CORPORATION, BP
P.L.C., BP AMERICA INC., CHEVRON
CORPORATION, CHEVRON USA, INC.,
SHELL PLC, SHELL OIL COMPANY,
CONOCOPHILLIPS, CONOCOPHILLIPS
COMPANY, PHILLIPS 66, and PHILLIPS 66
COMPANY,

                      Defendants.

No. 23-2-25216-1 SEA

**SUMMONS**

| TO: | EXXON MOBIL CORPORATION; |
|---|---|
| **AND TO**: | EXXONMOBIL OIL CORPORATION,; |
| **AND TO**: | BP P.L.C.; |
| **AND TO**: | BP AMERICA INC.; |
| **AND TO**: | CHEVRON CORPORATION; |
| **AND TO**: | CHEVRON USA, INC.; |
| **AND TO**: | SHELL PLC; |
| **AND TO**: | SHELL OIL COMPANY; |
| **AND TO**: | CONOCOPHILLIPS; |
| **AND TO**: | CONOCOPHILLIPS COMPANY; |
| **AND TO**: | PHILLIPS 66; |
| **AND TO**: | PHILLIPS 66 COMPANY. |

SUMMONS
PAGE - 1

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725

ØŠÒÖ
ŒŒŒ ŔŒŒ ÆŒ ŒŒ Œ ÁŮT
SŒ Ó Á Ù Ŵ VŸ
Ù ŴŮ Ò Ù Œ Ü Á Ù ŴÜ VÁ Ò Ö ÜS
Ò Œ ŠÒÖ
Ô Œ Ù Ò Ä Ŵ Œ Œ Œ Œ Œ Î Ÿ ÄÙ Œ

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| MAKAH INDIAN TRIBE, | |
| Plaintiff/Petitioner, | No. 23-2-25216-1 SEA<br>ORDER GRANTING MOTION FOR<br>LIMITED ADMISSION PURSUANT TO<br>APR 8(b) |
| v. | |
| EXXON MOBIL CORPORATION *et al.*, | |
| Defendant/Respondent. | |

### I.   Basis

A Motion For Limited Admission Pursuant To APR(8)(b) (PRO HAC VICE) and the attached Certification of Application for Limited Admission and Certificate of Moving Party Corrie J. Yackulic has been presented by Corrie J. Yackulic.

### II.   Findings

1.      Kaighn Smith, Jr. qualifies for Pro Hac Vice Admission and has complied with all of the requirements of APR (8)(b);

2.      Corrie J. Yackulic, an active member in good standing of the Washington State Bar Association, will be the lawyer of record in this proceeding, will be responsible for the conduct of Kaighn Smith Jr. and present at proceedings in this matter unless excused by the Court.

1    3.      Corrie J. Yackulic has provided evidence establishing that she has

2    submitted a copy of the motion and the required fee to the Washington State Bar

3    Association.

4                                        III. Order

5          It is hereby ORDERED that Kaighn Smith Jr. is admitted to practice as a lawyer

6    in this proceeding pursuant to APR 8(b).  Corrie J. Yackulic, an active member in

7    good standing of the Washington State Bar Association, will be the lawyer of record

8    in this proceeding, will be responsible for the conduct of Kaighn Smith, Jr. and

9    present at proceedings in this matter unless excused by the Court.

10          Dated: January 24, 2024

11

12                                    Electronic Signature Attached_____
                                      The Honorable Josephine Wiggs

13

14

15    Presented By:

16    **CORRIE YACKULIC LAW FIRM, PLLC**

17    _/s/ Corrie J. Yackulic_____
      Corrie J. Yackulic, WSBA No. 16063

18    110 Prefontaine Place S. Ste. 304
      Seattle, WA 98104

19    Tel. 206-787-1915
      corrie@cjylaw.com

20
      *Attorney for Plaintiff Makah Indian Tribe*

21

22

23

24

SUPERIOR COURT
APR 8(b) MOTION
Page 2 of 2

King County Superior Court
Judicial Electronic Signature Page

Case Number:        23-2-25216-1
Case Title:         MAKAH INDIAN TRIBE VS EXXON MOBIL CORP ET AL

Document Title:     ORDER

Signed By:          Josephine Wiggs
Date:               January 24, 2024

_____

Judge: Josephine Wiggs

This document is signed in accordance with the provisions in GR 30.

Certificate Hash:           909C46BF1D9D217C3C0226B7205F26FD0A000719
Certificate effective date: 4/26/2022 11:56:20 AM
Certificate expiry date:    4/26/2027 11:56:20 AM
Certificate Issued by:      C=US, E=kcscefiling@kingcounty.gov, OU=KCDJA,
                            O=KCDJA, CN="Josephine Wiggs:
                            dum3wMmN7BGboJP7fRvR&#43;g=="

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| MAKAH INDIAN TRIBE, | No. 23-2-25216-1 SEA |
| Plaintiff/Petitioner, | |
| v. | ORDER GRANTING MOTION FOR LIMITED ADMISSION PURSUANT TO APR 8(b) |
| EXXON MOBIL CORPORATION *et al.*, | |
| Defendant/Respondent. | |

I.   Basis

A Motion For Limited Admission Pursuant To APR(8)(b) (PRO HAC VICE) and the attached Certification of Application for Limited Admission and Certificate of Moving Party Corrie J. Yackulic has been presented by Corrie J. Yackulic.

II.   Findings

1.      Matthew K. Edling qualifies for Pro Hac Vice Admission and has complied with all of the requirements of APR (8)(b);

2.      Corrie J. Yackulic, an active member in good standing of the Washington State Bar Association, will be the lawyer of record in this proceeding, will be responsible for the conduct of Matthew K. Edling and present at proceedings in this matter unless excused by the Court.

3.     Corrie J. Yackulic has provided evidence establishing that she has submitted a copy of the motion and the required fee to the Washington State Bar Association.

### III. Order

It is hereby ORDERED that Matthew K. Edling is admitted to practice as a lawyer in this proceeding pursuant to APR 8(b).  Corrie J. Yackulic, an active member in good standing of the Washington State Bar Association, will be the lawyer of record in this proceeding, will be responsible for the conduct of Matthew K. Edling and present at proceedings in this matter unless excused by the Court.

Dated: January 24, 2024

Electronic Signature Attached
The Honorable Josephine Wiggs

Presented By:

**CORRIE YACKULIC LAW FIRM, PLLC**

_/s/ Corrie J. Yackulic_
Corrie J. Yackulic, WSBA No. 16063
110 Prefontaine Place S. Ste. 304
Seattle, WA 98104
Tel. 206-787-1915
corrie@cjylaw.com

*Attorney for Plaintiff Shoalwater Bay Indian Tribe*

SUPERIOR COURT
APR 8(b) MOTION
Page 2 of 2

King County Superior Court
Judicial Electronic Signature Page

Case Number:        23-2-25216-1
Case Title:         MAKAH INDIAN TRIBE VS EXXON MOBIL CORP ET AL

Document Title:     ORDER

Signed By:          Josephine Wiggs
Date:               January 24, 2024

Judge：Josephine Wiggs

This document is signed in accordance with the provisions in GR 30.

Certificate Hash:            909C46BF1D9D217C3C0226B7205F26FD0A000719
Certificate effective date:  4/26/2022 11:56:20 AM
Certificate expiry date:     4/26/2027 11:56:20 AM
Certificate Issued by:       C=US, E=kcscefiling@kingcounty.gov, OU=KCDJA,
                             O=KCDJA, CN="Josephine Wiggs:
                             dum3wMmN7BGboJP7fRvR&#43;g=="

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| MAKAH INDIAN TRIBE, | No. 23-2-25216-1 SEA |
| Plaintiff/Petitioner, | |
| v. | ORDER GRANTING MOTION FOR LIMITED ADMISSION PURSUANT TO APR 8(b) |
| EXXON MOBIL CORPORATION *et al.,* | |
| Defendant/Respondent. | |

### I.   Basis

A Motion For Limited Admission Pursuant To APR(8)(b) (PRO HAC VICE) and the attached Certification of Application for Limited Admission and Certificate of Moving Party Corrie J. Yackulic has been presented by Corrie J. Yackulic.

### II.   Findings

1.       Victor M. Sher qualifies for Pro Hac Vice Admission and has complied with all of the requirements of APR (8)(b);

2.       Corrie J. Yackulic, an active member in good standing of the Washington State Bar Association, will be the lawyer of record in this proceeding, will be responsible for the conduct of Victor M. Sher and present at proceedings in this matter unless excused by the Court.

1    3.    Corrie J. Yackulic has provided evidence establishing that she has

2  submitted a copy of the motion and the required fee to the Washington State Bar

3  Association.

4                                    III. Order

5        It is hereby ORDERED that Victor M. Sher is admitted to practice as a lawyer in

6  this proceeding pursuant to APR 8(b).  Corrie J. Yackulic, an active member in good

7  standing of the Washington State Bar Association, will be the lawyer of record in

8  this proceeding, will be responsible for the conduct of Victor M. Sher and present at

9  proceedings in this matter unless excused by the Court.

10        Dated: January 24, 2024

11

12                                    Electronic Signature Attached_____
                                      The Honorable Josephine Wiggs

13

14

15  Presented By:

16  **CORRIE YACKULIC LAW FIRM, PLLC**

17  */s/ Corrie J. Yackulic_____*
     Corrie J. Yackulic, WSBA No. 16063
18   110 Prefontaine Place S. Ste. 304
     Seattle, WA 98104
19   Tel. 206-787-1915
     corrie@cjylaw.com
20
     *Attorney for Plaintiff Shoalwater Bay Indian Tribe*
21

22

23

24

King County Superior Court
Judicial Electronic Signature Page

Case Number:        23-2-25216-1
Case Title:          MAKAH INDIAN TRIBE VS EXXON MOBIL CORP ET AL

Document Title:      ORDER

Signed By:           Josephine Wiggs
Date:                January 24, 2024

_____

Judge: Josephine Wiggs

This document is signed in accordance with the provisions in GR 30.

Certificate Hash:              909C46BF1D9D217C3C0226B7205F26FD0A000719
Certificate effective date:    4/26/2022 11:56:20 AM
Certificate expiry date:       4/26/2027 11:56:20 AM
Certificate Issued by:         C=US, E=kcscefiling@kingcounty.gov, OU=KCDJA,
                               O=KCDJA, CN="Josephine Wiggs:
                               dum3wMmN7BGboJP7fRvR&#43;g=="

The Honorable Josephine Wiggs, Dept. 17

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| MAKAH INDIAN TRIBE, | No. 23-2-25216-1 SEA |
| Plaintiff/Petitioner, | |
| v. | AFFIDAVIT OF PROCESS SERVER |
| EXXON MOBIL CORPORATION *et al.,* | |
| Defendant/Respondent. | |

Attached is the Affidavit of Process Server for Defendant Chevron Corporation.

Page 1 of 1

# Affidavit of Process Server

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR THE COUNTY OF KING

| MAKAH INDIAN TRIBE | VS | EXXON MOBILE CORPORATION, ET AL. | 23-2-25216-1 SEA |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I GILBERT DEL VALLE _____ being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.  RECEIVED 02/02/2024

**Service:** I served CHEVRON CORPORATION
_____ NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS; COMPLAINT; ORDER SETTING CASE SCHEDULE; CASE INFORMATION COVER SHEET;

by leaving with CORPORATION SERVICE COMPANY AS REGISTERED AGENT, ACCEPTED BY: LYNANNE GARES (MANAGING AGENT EMPLOYED BY CORPORATION SERVICE COMPANY) At

☒ Business  251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808
_____ ADDRESS _____ CITY / STATE

On _____ 02/02/2024 _____ AT _____ 12:15 PM
_____ DATE _____ TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
_____ DATE

from_____
_____ CITY _____ STATE _____ ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Canceled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____   (2)_____
_____ DATE _____ TIME _____ DATE _____ TIME

(3)_____ (4)_____ (5)_____
_____ DATE _____ TIME _____ DATE _____ TIME _____ DATE _____ TIME

Age 55   Sex FEMALE Race WHITE Height 5'5   Weight 150   HAIR BROWN

_____
GILBERT DEL VALLE
BRANDYWINE PROCESS SERVERS, LTD.,
PO BOX 1360, WILMINGTON, DE 19899

SUBSCRIBED AND SWORN to before me this 2ND day of FEBRUARY ,2024.

_____
SIGNATURE OF NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

NOTARY PUBLIC for the state of  DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

The Honorable Josephine Wiggs, Dept. 17

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| MAKAH INDIAN TRIBE, | No. 23-2-25216-1 SEA |
| Plaintiff/Petitioner, | |
| v. | AFFIDAVIT OF PROCESS SERVER |
| EXXON MOBIL CORPORATION *et al.,* | |
| Defendant/Respondent. | |

Attached is the Affidavit of Process Server for Defendant ConocoPhillips.

Page 1 of 1

# Affidavit of Process Server

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR THE COUNTY OF KING

| MAKAH INDIAN TRIBE | VS | EXXON MOBILE CORPORATION, ET AL. | 23-2-25216-1 SEA |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, GILBERT DEL VALLE _____ being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 02/02/2024 _____

**Service:** I served CONOCOPHILLIPS _____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS; COMPLAINT; ORDER SETTING CASE SCHEDULE; CASE INFORMATION COVER SHEET;

by leaving with CORPORATION SERVICE COMPANY AS REGISTERED AGENT, ACCEPTED BY: LYNANNE GARES (MANAGING AGENT EMPLOYED BY CORPORATION SERVICE COMPANY) At

☒ Business  251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 _____
ADDRESS                                         CITY / STATE

On _____ 02/02/2024 _____ AT _____ 12:15 PM _____
DATE                                    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE

from_____
CITY          STATE          ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Canceled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
DATE          TIME                    DATE          TIME

(3)_____ (4)_____ (5)_____
DATE     TIME          DATE          TIME          DATE          TIME

Age 55 Sex FEMALE Race WHITE Height 5'5 . Weight 150   HAIR BROWN

GILBERT DEL VALLE
BRANDYWINE PROCESS SERVERS, LTD.,
PO BOX 1360, WILMINGTON, DE 19899

SUBSCRIBED AND SWORN to before me this 2ND day of FEBRUARY ,2024.

SIGNATURE OF NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

The Honorable Josephine Wiggs, Dept. 17

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR THE COUNTY OF KING

MAKAH INDIAN TRIBE,

                Plaintiff/Petitioner,

     v.

EXXON MOBIL CORPORATION *et al.,*

                Defendant/Respondent.

No. 23-2-25216-1 SEA

AFFIDAVIT OF PROCESS SERVER

Attached is the Affidavit of Process Server for Defendant Phillips66.

Page 1 of 1

# Affidavit of Process Server

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR THE COUNTY OF KING

| MAKAH INDIAN TRIBE | VS | EXXON MOBILE CORPORATION, ET AL. | 23-2-25216-1 SEA |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I GILBERT DEL VALLE _____ being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 02/02/2024 _____

**Service:** I served PHILLIPS 66 _____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS; COMPLAINT; ORDER SETTING CASE SCHEDULE; CASE INFORMATION COVER SHEET;

by leaving with CORPORATION SERVICE COMPANY AS REGISTERED AGENT, ACCEPTED BY: LYNANNE GARES (MANAGING AGENT EMPLOYED BY CORPORATION SERVICE COMPANY)   At

☒ Business  251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808
      ADDRESS                                      CITY / STATE

On _____02/05/2024_____  AT  ___12:15 PM___
         DATE                              TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
                                                                                                              DATE

from_____
       CITY            STATE            ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Canceled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                                                     DATE        TIME              DATE        TIME

(3)_____ (4)_____ (5)_____
    DATE      TIME              DATE      TIME              DATE      TIME

Age 55  Sex FEMALE  Race WHITE  Height 5'5  Weight 150   HAIR BROWN

GILBERT DEL VALLE
BRANDYWINE PROCESS SERVERS, LTD.,
PO BOX 1360, WILMINGTON, DE 19899

SUBSCRIBED AND SWORN to before me this 5TH day of FEBRUARY ,2024

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of  DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS