Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAKAH INDIAN TRIBE,<br><br>*Plaintiff*,<br><br>v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON USA, INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, and PHILLIPS 66 COMPANY,<br><br>*Defendants*. | Case No. 2:24-cv-00157-JNW<br><br>**NOTICE OF APPEARANCE** |

TO:    THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Kari L. Vander Stoep of K&L Gates LLP, an attorney admitted to practice in this Court, hereby enters her appearance in this action as counsel for Defendants Shell plc and Shell USA, Inc. (f/k/a Shell Oil Company).

Defendants Shell plc and Shell USA, Inc. (f/k/a Shell Oil Company) reserve all rights, including defenses and objections as to venue, service, personal jurisdiction, etc.; the filing of this Notice of Appearance is subject to, and without waiver of, any such defenses and objections.

NOTICE OF APPEARANCE - 1
Case No. 2:24-cv-00157-JNW

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  DATED this 7th day of March, 2024.

K&L GATES LLP

By   s/*Kari L. Vander Stoep*
   Kari L. Vander Stoep, WSBA #35923
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
E-mail:   kari.vanderstoept@klgates.com

*Counsel for Shell plc and*
*Shell USA, Inc. (f/k/a Shell Oil Company)*

NOTICE OF APPEARANCE - 2
Case No. 2:24-cv-00157-JNW