Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAKAH INDIAN TRIBE,<br><br>*Plaintiff*,<br><br>v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON USA, INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, and PHILLIPS 66 COMPANY,<br><br>*Defendants*. | Case No. 2:24-cv-00157-JNW<br><br>**NOTICE OF CHANGE OF PARTY NAME** |

Defendant Shell Oil Company hereby informs the Court and all parties that it changed its name to Shell USA, Inc., effective March 1, 2022.

By filing this Notice, Defendants do not waive any right, defense, affirmative defense, or objection, including any challenges to personal jurisdiction over Defendants.

//

//

//

NOTICE OF CHANGE OF PARTY NAME - 1
No. 2:24-cv-00157-JNW

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  DATED this 7th day of March, 2024.

2

3                                      K&L GATES LLP

4                                      By    s/*Kari L. Vander Stoep*
                                          Kari L. Vander Stoep, WSBA #35923
5                                      925 Fourth Avenue, Suite 2900
                                       Seattle, WA  98104
6                                      Phone:  (206) 623-7580
                                       Fax:  (206) 623-7022
7                                      E-mail:   kari.vanderstoept@klgates.com

8                                      David C. Frederick (*pro hac vice* forthcoming)
9                                      James M. Webster, III (*pro hac vice* forthcoming)
                                       Daniel S. Severson (*pro hac vice* forthcoming)
10                                     Daren G. Zhang (*pro hac vice* forthcoming)
                                       KELLOGG, HANSEN, TODD,
11                                        FIGEL & FREDERICK, P.L.L.C.
                                       1615 M Street, N.W., Suite 400
12                                     Washington, D.C. 20036
                                       Tel.: (202) 326-7900
13                                     Fax: (202) 326-7999
14                                     Email: dfrederick@kellogghansen.com
                                       Email: jwebster@kellogghansen.com
15                                     Email: dseverson@kellogghansen.com
                                       Email: dzhang@kellogghansen.com
16

17                                     *Counsel for Shell plc and*
                                       *Shell USA, Inc. (f/k/a Shell Oil Company)*
18

19

20

21

22

23

24

25

26

NOTICE OF CHANGE OF PARTY NAME - 2
No. 2:24-cv-00157-JNW

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022