UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAKAH INDIAN TRIBE,<br><br>              Plaintiff,<br><br>    v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON U.S.A. INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, and PHILLIPS 66 COMPANY,<br><br>              Defendants. | CASE NO. 2:24-cv-00157JNW<br><br>CORPORATE DISCLOSURE STATEMENT |

Defendants Phillips 66 and Phillips 66 Company, by and through its undersigned counsel of record, hereby submits this Corporate Disclosure Statement pursuant to Local Civil Rule 7.1 and states that:

    1.    Phillips 66 is a publicly traded company and does not have a parent corporation. At this time, no shareholder owns 10% or more of Phillips 66.

    2.    Phillips 66 Company is wholly owned by Phillips 66.

CORPORATE DISCLOSURE STATEMENT - 1
CASE NO. **2**:24-cv-00157JNW

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

DATED this 8th day of March, 2024.

        SUMMIT LAW GROUP, PLLC

By *s/ Alexander A. Baehr*
   Alexander A. Baehr, WSBA No. 25320
   alexb@summitlaw.com
   Molly J. Gibbons WSBA No. 58357
   mollyg@summitlaw.com
   315 Fifth Avenue S., Suite 1000
   Seattle, WA 98104
   Telephone: (206) 676-7000

   Nicole C. Valco (*pro hac vice* forthcoming)
   Nicole.valco@lw.com
   Katherine A. Rouse (*pro hac vice* forthcoming)
   Katherine.Rouse@lw.com
   505 Montgomery Street, Suite 2000
   San Francisco, CA 94111
   Telephone: (415) 646-7875

**Attorneys for Phillips 66, and Phillips 66 Co.**

CORPORATE DISCLOSURE STATEMENT - 2
CASE NO. **2**:24-cv-00157JNW

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001