THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAKAH INDIAN TRIBE,<br><br>            Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON U.S.A. INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, and PHILLIPS 66 COMPANY,<br><br>            Defendant. | No. 2:24-cv-00157-JNW<br><br>**DEFENDANTS CONOCOPHILLIPS AND CONOCOPHILLIPS COMPANY'S CORPORATE DISCLOSURE STATEMENT** |

ConocoPhillips and ConocoPhillips Company state the following pursuant to Federal Rule of Civil Procedure 7.1. The same is not intended as an admission of any allegations or a waiver of any defenses otherwise available to them.

1. ConocoPhillips is a publicly traded corporation incorporated under the laws of Delaware with its principal place of business in Texas.

2. There is no parent corporation or any publicly held corporation owning 10% or more of ConocoPhillips' stock.

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT – Page 1

**Corr Cronin LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

3. ConocoPhillips Company is wholly owned by ConocoPhillips.

4. Other than the above entities, ConocoPhillips and ConocoPhillips Company are not aware of any other corporation, unincorporated association, partnership, or other business entity, not a party to the case, which may have any financial interest in the outcome of this litigation.

DATED this 3rd day of April, 2024.

CORR CRONIN LLP

*s/ Jeff Bone*
Timothy A. Bradshaw, WSBA No. 17983
Jeff Bone, WSBA No. 43965
Victoria E. Ainsworth, WSBA No. 49677
1015 Second Avenue, Floor 10
Seattle, WA  98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
tbradshaw@corrcronin.com
jbone@corrcronin.com
tainsworth@corrcronin.com

*Attorneys for Defendants ConocoPhillips and ConocoPhillips Company*

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT – Page 2

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

2240 01 od031e08rr