UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAKAH INDIAN TRIBE,<br><br>    Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, BP P.L.C., BP AMERICA INC., CHEVRON CORPORATION, CHEVRON USA, INC., SHELL PLC, SHELL OIL COMPANY, CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, and PHILLIPS 66 COMPANY,<br><br>    Defendants. | Case No. 2:24-cv-00157-JNW<br><br>CORPORATE DISCLOSURE STATEMENT OF BP P.L.C. |

Pursuant to Fed. R. Civ. P. 7.1, Defendant BP p.l.c. submits the following corporate disclosure statement:

1. BP p.l.c. is a publicly traded company.

2. BP p.l.c. is a company incorporated under the laws of England and Wales.

3. BP p.l.c.'s primary share listing is the London Stock Exchange (LSE). In the United States, the company's securities are traded on the New York Stock Exchange (NYSE) in the form of American Depositary Shares (ADSs).

CORPORATE DISCLOSURE STATEMENT
OF BP P.L.C. - 1

```
 1  DATED:  May 3, 2024                STOEL RIVES LLP
 2
 3                                      s/ Vanessa Soriano Power
                                        Vanessa Soriano Power, WSBA No. 30777
 4                                      vanessa.power@stoel.com
 5                                      s/ Rachel H. Cox
                                        Rachel H. Cox, WSBA No. 45020
 6                                      rachel.cox@stoel.com
 7                                      600 University Street, Suite 3600
                                        Seattle, WA 98101
 8                                      Telephone: (206) 624-0900
 9                                      Attorneys for Defendant BP p.l.c.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```

CORPORATE DISCLOSURE STATEMENT
OF BP P. L.C. - 2

# CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing ("NEF") to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

        s/ *Vanessa Soriano Power*
        Vanessa Soriano Power, WSBA #30777
        Stoel Rives LLP

        *Attorneys for Defendant BP p.l.c.*

CORPORATE DISCLOSURE STATEMENT
OF BP P. L.C. - 3

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

122606258.1 0018668-00020